(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dong, Norman Peter** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-3465** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9024 Darien Woods Court**<br>**Darien, IL 60561** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Du Page** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>■ Individual(s)     ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>■ Chapter 7     ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business     ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

FORM B1, Page 2

Dong, Norman Peter

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     **/s/ Norman Peter Dong**
Signature of Debtor **Norman Peter Dong**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 14, 2005**
Date

### Signature of Attorney

X     **/s/ Michael L. Ralph**
Signature of Attorney for Debtor(s)

**Michael L. Ralph 2279304**
Printed Name of Attorney for Debtor(s)

**Richards, Ralph & Schwab, Chartered**
Firm Name

**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**
Address

**847-367-9699  Fax: 847-367-9621**
Telephone Number

**October 14, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X     **/s/ Michael L. Ralph             October 14, 2005**
Signature of Attorney for Debtor(s)        Date
**Michael L. Ralph 2279304**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Norman Peter Dong**
_____,
Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 550,000.00 | | |
| B - Personal Property | Yes | 8 | 500,823.60 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,050,812.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 2,501.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 58 | | 840,259.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,824.25 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,139.57 |
| Total Number of Sheets of ALL Schedules | | 81 | | | |
| Total Assets | | | 1,050,823.60 | | |
| Total Liabilities | | | | 1,893,573.13 | |

In re   **Norman Peter Dong**                   ,     Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9024 Darien Woods Ct.**<br>**Darien, IL  60561** | **Tenancy By the Entirety** | **J** | **550,000.00** | **1,018,812.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **550,000.00** | (Total of this page) |
| Total > | **550,000.00** |  |

  **0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re   **Norman Peter Dong**                                        ,    Case No. _____
                          Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account MidAmerica Bank Acct# 603946065** | J | 5.27 |
| | | **Checking Account Harris Bank Acct# 8374048893** | H | 50.00 |
| | | **Checking Account Standard Bank Acct# 5607862009** | H | 50.00 |
| | | **Savings Account Standard Bank Acct# 5607862109** | H | 50.00 |
| | | **Chicagoland Electrical Industry Credit Union Savings #2615** | H | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  | Sub-Total > | **205.27** |
|---|---|---|
|  | (Total of this page) | |

**7**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Norman Peter Dong**                                    ,   Case No. _____

                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **4 piece sections count (9 y/o) $50**<br>**38" glass top table w/4 chairs $50**<br>**6 counter stools $20**<br>**36" stainless/glass top coffee table (9 y/o) $25**<br>**Sony computer (5 y/o) $100**<br>**HP color printer $20**<br>**Desk chair $30**<br>**40" television - $500**<br>**3 digital satellite receiver box $75**<br>**3 DVD players $30**<br>**2 VCR's $20**<br>**1 - 200 Disk CD Player $50**<br>**1 Fireball control unit $250**<br>**2 Crestron remote control units $150**<br>**2 speakers $50**<br>**2 subwoofers $50**<br>**1 center speaker $50**<br>**1 Treadmill $100**<br>**Water goblets/Wine Glasses for 8 $25**<br>**Assorted serving dishes and bowls $25**<br>**Barbeque utensils $5**<br>**Dining room table w/10 chairs and sideboard $500**<br>**1 Alaskan Moose head $0**<br>**1 Tahr $0**<br>**1 Chamois head $0**<br>**1 Red Stag head $0**<br>**1 Fallow head $0**<br>**1 Axis Head $0**<br>**1 Muflon head $0**<br>**1 Walloby $0** | **J** | **862.50** |

|  | Sub-Total > | **862.50** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Norman Peter Dong**                                          ,   Case No. _____

                                   Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **3 outdoor bistro tabes with 2/chairs each $150** | **J** | **1,205.00** |
| | | **Patio table w/6 chairs $100** | | |
| | | **3 patio umbrellas $50** | | |
| | | **6 chaise lounges - sling back $60** | | |
| | | **2 folding chaise lunges $20** | | |
| | | **outdoor gas grill $25** | | |
| | | **2 gas weed cutters $40** | | |
| | | **20 patio chairs $100** | | |
| | | **4 plastic cooler ice chests $25** | | |
| | | **2 - 2x6 folding tables $30** | | |
| | | **2 metal shelving units $50** | | |
| | | **1 - 4x8 white resin outdoor table $50** | | |
| | | **2 hose reels w/asst attachments $20** | | |
| | | **1 white storage cabinet $15** | | |
| | | **1 refrigerator $75** | | |
| | | **2 particle board shelving units $50** | | |
| | | **1 metal shelving unit $25** | | |
| | | **1 container of timers and cords for Christmas decorations $50** | | |
| | | **1 - 12' artificial Christmas tree $100** | | |
| | | **1 - 5' Christmas wreath $50** | | |
| | | **12 - 2' outdoor artificial Christmas trees $60** | | |
| | | **Misc. shovels, brooms $25** | | |
| | | **1 garden cart $20** | | |
| | | **5 metal shelving units $125** | | |
| | | **20 - 30 lg plastic containers with holiday decorations $25** | | |
| | | **1 Freezer - $50** | | |
| | | **1 wooden workbench $50** | | |
| | | **1 metal workbench $25** | | |
| | | **3 round folding tables $75** | | |
| | | **1 finishing sander $50** | | |
| | | **1 - 10" miter saw $50** | | |
| | | **Wood wine rack $20** | | |
| | | **Washer and Dryer $750** | | |

|  | Sub-Total > | **1,205.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Norman Peter Dong**                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Guest bedroom:**<br>**1 Queen bed w/white headboard and footboard $100**<br>**1 white wood chest $50**<br>**1 white wood nightstand $25** | **J** | **787.50** |
| | | **Bedroom 2 (daughter's room)**<br>**1 Queen bed w/white headboard and footboard $100**<br>**1 white nightstand $25**<br>**1 white corner desk $50**<br>**1 futon $50**<br>**1 Sony computer $75** | | |
| | | **Master Bedroom:**<br>**1 King bed with wicker headboard and footboard $150**<br>**2 wicker chairs $25**<br>**1 hassock $15**<br>**2 nightstands $50**<br>**1 end table $25**<br>**1 wicker buffet w/mirror $25**<br>**2 table lamps $20**<br>**1 - 40" television $750** | | |
| | | **Sitting Area:**<br>**1 library table $30**<br>**2 chairs $10** | | |

|  | Sub-Total > | **787.50** |
|---|---|---|
|  | (Total of this page) | |

Sheet   **3**   of   **7**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Norman Peter Dong**                                    ,  Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2nd floor laundry room:**<br>**Washer/dryer unit $250** | **J** | **1,467.50** |
| | | **Office:**<br>**2 wooden chests $100**<br>**2 leather recliners $150**<br>**1 leather couch $500**<br>**1 round wooden coffee table $100**<br>**1 - 3x6 wood desk $500**<br>**1 leather office chair $250**<br>**1 small refrigerator $20**<br>**1 wicker side table $25**<br>**1 office chair $20**<br>**1 - 30"x6' plastic folding table $10**<br>**2 shelving units for DVD's $10**<br>**120 misc. DVD's $250**<br>**1 45" television $100**<br>**1 power amplifier $50**<br>**1 CD player $10**<br>**1 Video recorder/player $10**<br>**1 Tuner/amplifier $25**<br>**2 speakers $100**<br>**1 Sony computer $100**<br>**1 HP color printer $25**<br>**1 paper shredder $15**<br>**150 misc. CD's $150**<br>**1 calculator $5**<br>**1 black wooden stereo cabinet $10**<br>**Sony Video Camera $150** | | |
| | | **Vieluxe gas grill** | **J** | **50.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **See responses to Question 4 - Household goods** | **J** | **0.00** |
| 6. | Wearing apparel. | **Mens clothing** | **H** | **500.00** |
| 7. | Furs and jewelry. | **Wedding ring** | **H** | **100.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | **1 set of golf clubs $75**<br>**1 - 2 wheel golf cart $20**<br>**Misc. golf balls, towels, gloves and umbrellas $20**<br>**1 Cabelas spotting scope w/tripod $50**<br>**2 gun bench rests $50**<br>**1 men's 12 speed bicycle $150** | **H** | **365.00** |

Sub-Total >  **2,482.50**
(Total of this page)

Sheet __4__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Norman Peter Dong**                                                    ,   Case No. _____

                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 Remington 375 bolt action rifle $400<br>1 Winchester Mod 12 shotgun $150<br>1 Ithaca Model 37 12ga. shotgun $150<br>1 Remington Model 58 20ga shotgun $250<br>1 Remington Model 11-87SP 12ga shotgun $450<br>1 Baikal 410 shotgun $250<br>1 Marlin G39A Lever Action 22Cal Rifle $250<br>1 Bushmaster AR15 Rifle $800<br>1 Ruger Mini 14 Rifle $500<br>1 Thompson Contender 45/70, .30 Cal $250<br>3 travel cases for guns $25 | H | 3,475.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Prudential Life Insurance<br>Cash Surrender Value<br>Policy Owner Norman P. Dong<br>Beneficiary:  Christine Ann Dong, spouse of Debtor | W | 13,315.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | B.E.C. Profit Sharing Plan | - | 320,000.00 |
| | | E.P.S. Profit Sharing Plan | - | 70,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Harley-Davidson Stock - 10 Shares<br>Close of Business 10/12/05 HDI was $46.14 per share | - | 461.40 |
| | | Lockheed-Martin - 3 shares<br>Close of Business 10/12/05 LMI was $59.81 per share | - | 179.43 |
| | | Electrical Power & Systems, Inc. - 51%<br>Electrical Power & Systems, Inc. ceased operations in April, 2005 | H | Unknown |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

Sub-Total >    407,430.83
(Total of this page)

Sheet __5__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Norman Peter Dong**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Patrick Ottilie Dong Will/Trust** | **H** | **40,000.00** |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Harley Davidson motorcycle** | **-** | **18,000.00** |
| | | **2004 Mercedes Benz ML500** | **-** | **29,275.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >    **87,275.00**
(Total of this page)

Sheet __6__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Norman Peter Dong**                                          ,      Case No. _____

                                                  Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **2 Battery drills $50**<br>**1 reciprocating saw $75**<br>**1 circular saw $100**<br>**Misc. hand tools, hammers, pliers, screwdrivers $75**<br>**1/2" socket set $50**<br>**3/8" socket set $25**<br>**3 -2 drawer filing cabinets $150** | **-** | **525.00** |
| 28. Inventory. | X | | | |
| 29. Animals. | | **Misc. pond fish** | J | **50.00** |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **575.00** |
| (Total of this page) | |
| Total > | **500,823.60** |

Sheet __7__ of __7__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **Norman Peter Dong**                                           ,    Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **9024 Darien Woods Ct.** | **735 ILCS 5/12-902** | **7,500.00** | **1,100,000.00** |
| **Darien, IL  60561** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **5.27** | **10.53** |
| **MidAmerica Bank** | | | |
| **Acct# 603946065** | | | |
| | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Harris Bank** | | | |
| **Acct # 8374048893** | | | |
| | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Standard Bank** | | | |
| **Acct# 5607862009** | | | |
| | | | |
| **Savings Account** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Standard Bank** | | | |
| **Acct# 5607862109** | | | |
| | | | |
| **Chicagoland Electrical Industry Credit Union** | **735 ILCS 5/12-1001(b)** | **0.00** | **50.00** |
| **Savings #2615** | | | |

___**4**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Norman Peter Dong**                                          ,   Case No. _____

                                        Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **3 outdoor bistro tabes with 2/chairs each $150** | **735 ILCS 5/12-1001(b)** | **1,205.00** | **2,410.00** |
| **Patio table w/6 chairs $100** | | | |
| **3 patio umbrellas $50** | | | |
| **6 chaise lounges - sling back $60** | | | |
| **2 folding chaise lunges $20** | | | |
| **outdoor gas grill $25** | | | |
| **2 gas weed cutters $40** | | | |
| **20 patio chairs $100** | | | |
| **4 plastic cooler ice chests $25** | | | |
| **2 - 2x6 folding tables $30** | | | |
| **2 metal shelving units $50** | | | |
| **1 - 4x8 white resin outdoor table $50** | | | |
| **2 hose reels w/asst attachments $20** | | | |
| **1 white storage cabinet $15** | | | |
| **1 refrigerator $75** | | | |
| **2 particle board shelving units $50** | | | |
| **1 metal shelving unit $25** | | | |
| **1 container of timers and cords for Christmas decorations $50** | | | |
| **1 - 12' artificial Christmas tree $100** | | | |
| **1 - 5' Christmas wreath $50** | | | |
| **12 - 2' outdoor artificial Christmas trees $60** | | | |
| **Misc. shovels, brooms $25** | | | |
| **1 garden cart $20** | | | |
| **5 metal shelving units $125** | | | |
| **20 - 30 lg plastic containers with holiday decorations $25** | | | |
| **1 Freezer - $50** | | | |
| **1 wooden workbench $50** | | | |
| **1 metal workbench $25** | | | |
| **3 round folding tables $75** | | | |
| **1 finishing sander $50** | | | |
| **1 - 10" miter saw $50** | | | |
| **Wood wine rack $20** | | | |
| **Washer and Dryer $750** | | | |

Sheet ___1___ of ___4___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Norman Peter Dong**

,   Case No. _____

Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Guest bedroom:** | **735 ILCS 5/12-1001(b)** | **268.73** | **1,575.00** |
| **1 Queen bed w/white headboard and footboard $100** | | | |
| **1 white wood chest $50** | | | |
| **1 white wood nightstand $25** | | | |
| | | | |
| **Bedroom 2 (daughter's room)** | | | |
| **1 Queen bed w/white headboard and footboard $100** | | | |
| **1 white nightstand $25** | | | |
| **1 white corner desk $50** | | | |
| **1 futon $50** | | | |
| **1 Sony computer $75** | | | |
| | | | |
| **Master Bedroom:** | | | |
| **1 King bed with wicker headboard and footboard $150** | | | |
| **2 wicker chairs $25** | | | |
| **1 hassock $15** | | | |
| **2 nightstands $50** | | | |
| **1 end table $25** | | | |
| **1 wicker buffet w/mirror $25** | | | |
| **2 table lamps $20** | | | |
| **1 - 40" television $750** | | | |
| | | | |
| **Sitting Area:** | | | |
| **1 library table $30** | | | |
| **2 chairs $10** | | | |
| | | | |
| **2nd floor laundry room:** | **735 ILCS 5/12-1001(b)** | **0.00** | **2,935.00** |
| **Washer/dryer unit $250** | | | |
| | | | |
| **Office:** | | | |
| **2 wooden chests $100** | | | |
| **2 leather recliners $150** | | | |
| **1 leather couch $500** | | | |
| **1 round wooden coffee table $100** | | | |
| **1 - 3x6 wood desk $500** | | | |
| **1 leather office chair $250** | | | |
| **1 small refrigerator $20** | | | |
| **1 wicker side table $25** | | | |
| **1 office chair $20** | | | |
| **1 - 30"x6' plastic folding table $10** | | | |
| **2 shelving units for DVD's $10** | | | |
| **120 misc. DVD's $250** | | | |
| **1 45" television $100** | | | |
| **1 power amplifier $50** | | | |
| **1 CD player $10** | | | |
| **1 Video recorder/player $10** | | | |
| **1 Tuner/amplifier $25** | | | |
| **2 speakers $100** | | | |
| **1 Sony computer $100** | | | |
| **1 HP color printer $25** | | | |
| **1 paper shredder $15** | | | |
| **150 misc. CD's $150** | | | |
| **1 calculator $5** | | | |
| **1 black wooden stereo cabinet $10** | | | |
| **Sony Video Camera $150** | | | |

Sheet ___**2**___ of ___**4**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Norman Peter Dong**                                      ,   Case No. _____

                                           Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Vieluxe gas grill | 735 ILCS 5/12-1001(b) | 0.00 | 100.00 |
| **Wearing Apparel**<br>**Mens clothing** | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry**<br>**Wedding ring** | 735 ILCS 5/12-1001(b) | 0.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>1 set of golf clubs $75<br>1 - 2 wheel golf cart $20<br>Misc. golf balls, towels, gloves and umbrellas $20<br>1 Cabelas spotting scope w/tripod $50<br>2 gun bench rests $50<br>1 men's 12 speed bicycle $150 | 735 ILCS 5/12-1001(b) | 365.00 | 365.00 |
| 1 Remington 375 bolt action rifle $400<br>1 Winchester Mod 12 shotgun $150<br>1 Ithaca Model 37 12ga. shotgun $150<br>1 Remington Model 58 20ga shotgun $250<br>1 Remington Model 11-87SP 12ga shotgun $450<br>1 Baikal 410 shotgun $250<br>1 Marlin G39A Lever Action 22Cal Rifle $250<br>1 Bushmaster AR15 Rifle $800<br>1 Ruger Mini 14 Rifle $500<br>1 Thompson Contender 45/70, .30 Cal $250<br>3 travel cases for guns $25 | 735 ILCS 5/12-1001(b) | 0.00 | 3,475.00 |
| **Interests in Insurance Policies**<br>**Prudential Life Insurance**<br>**Cash Surrender Value**<br>**Policy Owner Norman P. Dong**<br>**Beneficiary:  Christine Ann Dong, spouse of Debtor** | 735 ILCS 5/12-1001(f) | 13,315.00 | 13,315.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**B.E.C. Profit Sharing Plan** | 735 ILCS 5/12-1006 | 320,000.00 | 320,000.00 |
| **E.P.S. Profit Sharing Plan** | 735 ILCS 5/12-1006 | 70,000.00 | 70,000.00 |
| **Contingent and Non-contingent Interests in Estate of a Decedent**<br>**Patrick Ottilie Dong Will/Trust** | 735 ILCS 5/2-1403 | 40,000.00 | 40,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2003 Harley Davidson motorcycle** | 735 ILCS 5/12-1001(c) | 1,200.00 | 18,000.00 |
| **2004 Mercedes Benz ML500** | 735 ILCS 5/12-1001(c) | 0.00 | 29,275.00 |

Sheet ___**3**___ of ___**4**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re   **Norman Peter Dong**                                                    ,        Case No. _____

Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **2 Battery drills $50** | **735 ILCS 5/12-1001(d)** | **525.00** | **525.00** |
| **1 reciprocating saw $75** | | | |
| **1 circular saw $100** | | | |
| **Misc. hand tools, hammers, pliers, screwdrivers $75** | | | |
| **1/2" socket set $50** | | | |
| **3/8" socket set $25** | | | |
| **3 -2 drawer filing cabinets $150** | | | |
| | | | |
| **Animals** | | | |
| **Misc. pond fish** | **735 ILCS 5/12-1001(b)** | **0.00** | **100.00** |

Sheet ___4___ of ___4___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **Norman Peter Dong**                                                ,          Case No. _____
_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 11/29/03 | | | | | |
| Mercedes Benz Credit P.O. Box 685 Roanoke, TX 76262 | X | - | Purchase Money Security Agreement 2004 Mercedes Benz ML500 | | | | | |
| | | | Value $       29,275.00 | | | | 32,000.00 | 2,725.00 |
| Account No. **530221412** | | | Mortgage | | | | | |
| MidAmerica Bank 55th & Holmes Clarendon Hills, IL 60514 | X | J | 9024 Darien Woods Ct. Darien, IL  60561 | | | | | |
| | | | Value $    1,100,000.00 | | | | 628,941.00 | 0.00 |
| Account No. **760797954** | | | Second Mortgage | | | | | |
| MidAmerica Bank 55th & Holmes Clarendon Hills, IL 60514 | X | J | 9024 Darien Woods Ct. Darien, IL  60561 | | | | | |
| | | | Value $    1,100,000.00 | | | | 389,871.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__   continuation sheets attached

|  |  |
|---|---|
| Subtotal (Total of this page) | 1,050,812.00 |
| Total (Report on Summary of Schedules) | 1,050,812.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6E
(04/04)

In re  **Norman Peter Dong**                                                                    Case No. _____
_____,
                                     Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**2**___ continuation sheets attached

Form B6E - Cont.
(04/04)

In re  **Norman Peter Dong** _____,   Case No. _____

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | |
| Account No. **2683-6793**<br><br>**Illinois Department of Revenue<br>Bankrupcty Section/Level 7-425<br>100 West Randolph St.<br>Chicago, IL 60606** | - | | | | **Debt of Electrical Power & Systems, Inc.<br>Sales Tax**<br><br>X  X  X | | | | 0.00 | 0.00 |
| Account No.<br><br>**Illinois Department of Revenue<br>Bankrupcty Section/Level 7-425<br>100 West Randolph St.<br>Chicago, IL 60606** | - | | | | **Personal income taxes** | | | | Unknown | 0.00 |
| Account No.<br><br>**Representing:<br>Illinois Department of Revenue** | | | | | **Illinois Department of Revenue<br>ICS Payment & Correspondence<br>P.O. Box 19043<br>Springfield, IL 62794** | | | | | |
| Account No. **T4255447-9**<br><br>**Illinois Dept. of Employment Securi<br>401 S. State Street<br>4th Floor<br>Chicago, IL 60605** | - | | | | **Debt of Electrical Power & Systems, Inc.**<br><br>X  X  X | | | | 240.00 | 240.00 |
| Account No.<br><br>**Representing:<br>Illinois Dept. of Employment Securi** | | | | | **Illinois Dept. of Employment Securi<br>P.O. Box 803414<br>Chicago, IL 60680** | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    240.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **Norman Peter Dong**                                                   ,   Case No. _____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **D 5847-145-3**<br><br>**Illinois Secretary of State Dept. of Business Services 501 S. 2nd St. Springfield, IL 62756-5510** | - | | **Debt of Electrical Power & Systems, Inc. Franchise Tax and Penalties** | X | X | X | 103.75 | 103.75 |
| Account No. **36-4031840**<br><br>**Internal Revenue Service Department of the Treasury Cincinnati, OH 45999** | - | | **Debt of Electrical Power & Systems, Inc. Employment Tax** | X | X | X | 2,158.01 | 2,158.01 |
| Account No.<br><br>**Representing: Internal Revenue Service** | | | **Internal Revenue Service* 230 S. Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604** | | | | | |
| Account No.<br><br>**Internal Revenue Service Department of the Treasury Cincinnati, OH 45999** | - | | **Personal income taxes** | | | | **Unknown** | 0.00 |
| Account No.<br><br>**Representing: Internal Revenue Service** | | | **Internal Revenue Service* 230 S. Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604** | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,261.76 |
| Total (Report on Summary of Schedules) | 2,501.76 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F
(12/03)

In re　**Norman Peter Dong**　,　　Case No. _____

　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐　　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 3596800 | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Active Electrical Supply**<br>**4240 W. Lawrence Ave.**<br>**Chicago, IL 60630** | - | | | | | X | X | X | 0.00 |
| Account No. K25323-2 | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Acuity**<br>**2800 S. Taylor Dr.**<br>**P.O. Box 718**<br>**Sheboygan, WI 53082-0718** | - | | | | | X | X | X | 0.00 |
| Account No. 66010-000 | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **ADI**<br>**12974 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | | X | X | X | 0.00 |
| Account No. 4071 | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Advanced Electrical Supply Co., Inc**<br>**135 S. LaSalle St.**<br>**Dept. 1037**<br>**Chicago, IL 60674** | - | | | | | X | X | X | 1,411.62 |

| | | |
|---|---|---|
| __57__ continuation sheets attached | Subtotal<br>(Total of this page) | 1,411.62 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　S/N:31036-050630　　Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Norman Peter Dong**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Advanced Fire & Security Systems 12540 Holiday Dr. Unit C Alsip, IL 60803 | - | | | | X | X | X | 27,233.39 |
| Account No. **ELECPOWER0200** | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Affiliated Systems, Inc. 1441 Branding Lane Suite 260 Downers Grove, IL 60515 | - | | | | X | X | X | 2,296.16 |
| Account No. | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Affordable Fire Equipment, Inc. 4722 S. Laramie Ave. Stickney, IL 60638-2022 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Air Products Equipment Co. 1555 Louis Avenue Elk Grove Village, IL 60007 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| All Power Tool, Inc. 921 Estes Ct. Schaumburg, IL 60193 | - | | | | X | X | X | 0.00 |

Sheet no. __1___ of __57__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                29,529.55

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **01-EP&S00**<br><br>**Allnet, Inc.**<br>**Slot C-56**<br>**P.O. Box 66973**<br>**Chicago, IL 60666-0973** | | - | | | **Debt of Electrial Power & Systems, Inc.** | X | X | X | 74.22 |
| Account No.<br><br>**American Classic Rebar Corporation**<br>**15810 Suntone Dr.**<br>**South Holland, IL 60473** | | - | | | **Debt of Electrial Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. **37397427611107**<br><br>**American Express**<br>**Customer Service**<br>**P.O. Box 297804**<br>**Fort Lauderdale, FL 33329** | | - | | | **Credit Card** | | | | 0.62 |
| Account No. **3717-047199-11008**<br><br>**American Express (Corresp)**<br>**P.O. Box 297812**<br>**Fort Lauderdale, FL 33329** | | - | | | **Credit Card** | | | | 909.24 |
| Account No.<br><br>**Representing:**<br>**American Express (Corresp)** | | | | | **American Express**<br>**Customer Service**<br>**P.O. Box 297804**<br>**Fort Lauderdale, FL 33329** | | | | |

Sheet no. __2___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

984.08

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                                , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express (Corresp)**<br>**P.O. Box 297812**<br>**Fort Lauderdale, FL 33329** | - | | **Credit Card** | | | | 0.00 |
| Account No. 3713-186865-41001<br><br>**American Express - Costco**<br>**P.O. Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** | - | | **Debt of Electrial Power & Systems, Inc.**<br>**Credit Card** | X | X | X | 48.40 |
| Account No. 3712-714926-22004<br><br>**American Express - Delta Sky Miles**<br>**P.O. Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** | - | | **Debt of Electrial Power & Systems, Inc.**<br>**Credit Card** | X | X | X | 148.90 |
| Account No. 3715-352415-41008<br><br>**American Express Platinum**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | - | | **Debt of Electrial Power & Systems, Inc.**<br>**Credit Card** | X | X | X | 0.00 |
| Account No. 723149<br><br>**Anixter, Inc.**<br>**P.O. Box 847428**<br>**Dallas, TX 75284** | - | | **Debt of Electrial Power & Systems, Inc.** | X | X | X | 0.00 |

Sheet no. __3___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197.30

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Norman Peter Dong**                                           , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| ARS Contracting, Inc. 9540 Carls Drive Plainfield, IL 60544 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Asco Services, Inc. P.O. Box 73473 Chicago, IL 60673 | - | | | | | X | X | X | 1,845.93 |
| Account No. 100124 | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Assocation of Subcontractors & Affi 3150 River Road Suite 101 Des Plaines, IL 60018 | - | | | | | X | X | X | 550.00 |
| Account No. ELECTR1162 | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Associated Business Equipment 550 N. Commons Dr. #102 Aurora, IL 60504-8172 | - | | | | | X | X | X | 178.00 |
| Account No. | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| Associated Design Service 11160 Southwest Highway Palos Hills, IL 60465 | - | | | | | X | X | X | 0.00 |

Sheet no. __4___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,573.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                          ,        Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0101830093-Quantum** | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **AVAYA, Inc.** **P.O. Box 73061** **Chicago, IL 60673-3061** | | - | | | | X | X | X | 0.00 |
| Account No. **389701** | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **B.I. Equipment Rental, Inc.** **4021 W. 127th St.** **Alsip, IL 60803** | | - | | | | X | X | X | 0.00 |
| Account No. **990000** | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Baja Contractors, Inc.** **116 Main Street** **P.O. Box 668** **Lemont, IL 60439-0668** | | - | | | | X | X | X | 0.00 |
| Account No. **5491-0009-1810-0723** | | | | | Credit Card | | | | |
| **Bank of America** **P.O. Box 53138** **Phoenix, AZ 85072** | | - | | | | | | | 8,572.73 |
| Account No. | | | | | Bank of America (Corresp) P.O. Box 15480 Wilmington, DE 19850 | | | | |
| **Representing:** **Bank of America** | | | | | | | | | |

Sheet no. __5___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,572.73**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Norman Peter Dong**                                                    , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing: Bank of America** | | | | | **Bank of America (Corresp.) P.O. Box 53101 Phoenix, AZ 85072** | | | | |
| Account No. <br><br>**Benetech, Inc. Attn: Accounting P.O. Box 348570 Sacramento, CA 95834** | | - | | | **Debt of Electrial Power & Systems, Inc.** | | | | 1,200.00 |
| Account No. 04768 <br><br>**Best Messenger Service, Inc. 671 Executive Dr. Willowbrook, IL 60521** | | - | | | **Debt of Electrial Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. <br><br>**Brock Tool Company 1475 Louis Avenue Elk Grove Village, IL 60007** | | - | | | **Debt of Electrial Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. 5953 <br><br>**Brook Electrical Distribution Co. P.O. Box 809106 Chicago, IL 60680-9106** | | - | | | **Debt of Electrial Power & Systems, Inc.** | X | X | X | 0.00 |

Sheet no. __6__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,200.00**

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **748527-748527-C** | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Brucker Company** **LBX 619731** **P.O. Box 6197** **Chicago, IL 60681** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Buds Rental, Inc.** **9901 Southwest Highway** **Oak Lawn, IL 60453** | | - | | | | X | X | X | 0.00 |
| Account No. **505090** | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Buttrey Rental Service** **216 W. Ogden Ave.** **Westmont, IL 60559** | | - | | | | X | X | X | 0.00 |
| Account No. **E-1012** | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **C&L Electrical Supply Co.** **9637 Southwest Highway** **Oak Lawn, IL 60453** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **C. Johnson Locksmith** **11638 South Pulaski** **Alsip, IL 60803** | | - | | | | X | X | X | 0.00 |

Sheet no. __7___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Norman Peter Dong** _____, Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4238** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **C.W. Olson & Co.** **414 N. Orleans St.** **Suite 303** **Chicago, IL 60610-4418** | | | | | | X | X | X | 0.00 |
| Account No. **4300-2300-3698-3585** | | | - | | Credit Card | | | | |
| **Cabela's Club Visa** **WFB Visa Center** **P.O. Box 82608** **Lincoln, NE 68501** | | | | | | | | | 2,637.78 |
| Account No. **66-31790** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **CED/Efengee Electrical Dist., Inc.** **P.O. Box 085540** **Racine, WI 53408** | | | | | | X | X | X | 0.00 |
| Account No. **113** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Chicago Differential, Inc.** **11626 S. Mayfield Ave.** **Alsip, IL 60803** | | | | | | X | X | X | 0.00 |
| Account No. **EPS** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Chicago Switchboard Co., Inc.** **470 W. Wrightwood Ave.** **Elmhurst, IL 60126** | | | | | | X | X | X | 0.00 |

Sheet no. __8___ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,637.78

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                              ,   Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Chicago Training Institute 200 S. Michigan Ave. Suite 700 Chicago, IL 60604** | - | | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Chicagoland Electrical Ind. Credit Union 14 E. 31st St. La Grange, IL 60525** | - | | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **Christine Dong 9025 Darien Woods Ct. Darien, IL 60561** | | H | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. 06962-12182 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Chuhak & Tecson, P.C. 30 S. Wacker Dr. Suite 2600 Chicago, IL 60606** | - | | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. 900-0032453-000 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **CIT Technology Fin. Serv., Inc. 21146 Network Place Chicago, IL 60673** | - | | | | | X | X | X | |
| | | | | | | | | | **4,473.64** |

Sheet no. __9__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **4,473.64**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Norman Peter Dong_____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **C80404-SE5320** <br><br> **City of Chicago, Dept. of Buildings Bureau of Licensing & Registration 121 N. LaSalle St., Room 104 Chicago, IL 60602** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. <br><br> **City of Chicago/Parking Tickets Department of Revenue P.O. Box 88292 Chicago, IL 60680** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. <br><br> **City of Des Plaines 1420 Minor Street Des Plaines, IL 60016** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. <br><br> **Classic Electric Supply 7700 West Madison St. Forest Park, IL 60130** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. **1527718011** <br><br> **Com Ed Attn:  Credit Dept. 2100 Swift Dr. Oak Brook, IL 60523** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |

Sheet no. __10__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                                     ,      Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| Com/Rad, Inc. 1781 Oakton Blvd. Des Plaines, IL 60018 | | | | | | X | X | X | 0.00 |
| Account No. 8798401720177087 | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| Comcast P.O. Box 173885 Denver, CO 80217 | | | | | | X | X | X | 0.00 |
| Account No. 1050 | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| Commercial Electronic Systems, Inc. 2447 Reeves Rd. Joliet, IL 60436 | | | | | | X | X | X | 0.00 |
| Account No. ELECTRA | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| Communications Products & Services 1740 W. Warren Ave. Englewood, CO 80110 | | | | | | X | X | X | 0.00 |
| Account No. 803022 | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| Communications Supply Corporation 135 S. LaSalle St. Dept 3050 Chicago, IL 60674 | | | | | | X | X | X | 0.00 |

Sheet no. __11__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                          ,        Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **346**<br><br>**Contractors Power & Light Co.**<br>**901 N. Williams St.**<br>**Thornton, IL 60476** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**Cood County Clerk, David Orr**<br>**Cook County Vital Statistics**<br>**P.O. Box 642570**<br>**Chicago, IL 60664** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**Cook County Department of Revenue**<br>**Use Tax**<br>**P.O. Box 94401**<br>**Chicago, IL 60690-4401** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**Cook County Treasurer**<br>**P.O. Box 4468**<br>**Carol Stream, IL 60197-4468** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **3897000**<br><br>**Countryside Lawn & Garden**<br>**15611 S. 70th Court**<br>**Orland Park, IL** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __**12**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Crane and Norcross Two North LaSalle St. Suite 2000 Chicago, IL 60602-3869 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Creative Resource Services, Inc. 2600 Warrenville Rd. Suite 202 Downers Grove, IL 60515 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Cresent Rock, Inc. 1368 North Mohawk Chicago, IL 60610 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. 1302611 | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Cummins NPower, LLC NW 7686 P.O. Box 1450 Minneapolis, MN 55485-7686 | - | | | X | X | X | |
| | | | | | | | 46,488.80 |
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Danaher Power Solutions P.O. Box 98392 Chicago, IL 60693 | - | | | X | X | X | |
| | | | | | | | 0.00 |

Sheet no. __13__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,488.80

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Norman Peter Dong_____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **501-7314091-001** | | | | | **Debt of Electrical Power & Systems, Inc.** | | | | |
| **Dell Financial Services Payment Processing Center P.O. Box 5292 Carol Stream, IL 60197** | | - | | | | X | X | X | 0.00 |
| Account No. **ELPWSY** | | | | | **Debt of Electrical Power & Systems, Inc.** | | | | |
| **Delta Therm Corporation 398 W. Liberty St. P.O. Wobx 345 Wauconda, IL 60084** | | - | | | | X | X | X | 0.00 |
| Account No. **6011-0074-3059-6477** | | | | | **Credit Card** | | | | |
| **Discover Card* P.O. Box 15192 Wilmington, DE 19850** | | - | | | | | | | 5,060.09 |
| Account No. | | | | | **Debt of Electrical Power & Systems, Inc.** | | | | |
| **Diversitech, LLC 136 Shore Drive Suite 100 Burr Ridge, IL 60521** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | **Debt of Electrical Power & Systems, Inc.** | | | | |
| **Done-Right Trenching N 3217 Iris Rd. Lake Geneva, WI 53147** | | - | | | | X | X | X | 0.00 |

Sheet no. __14__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5,060.09

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                              , Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4002474419** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **DST Attn: Lord, Abbett Division P.O. Box 219198 Kansas City, MO 64121** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Duane Heating & Cooling 10005 S. Ridgeland Ave. Oak Lawn, IL 60453** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **E.E. Bailey Bldg Materials & Supp 11520 S. Halsted Ct. Chicago, IL 60628** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **East Coast Distributors 164-I Summer St., #213 Kingston, MA 02364** | | - | | | | X | X | X | 0.00 |
| Account No. **68162502** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Eaton Corporation Eaton Center Cleveland, OH 44114** | | - | | | | X | X | X | 53,260.00 |

Sheet no. __**15**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **53,260.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                         , Case No. _____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7232182670** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Electrial Power & Systems 401K Plan 5959 W. 115th St. Alsip, IL 60803** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | | |
| **Electrial Power & Systems 401K Plan c/o Benetech P.O. Box 348570 Sacramento, CA 95834** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Electrial Power & Systems, Inc. 5959 West 115th St. Alsip, IL 60803** | - | | | | | X | X | X | **0.00** |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Electrical Contractor's Association 5 Westbrook Corporate Center Suite 940 Westchester, IL 60154** | - | | | | | X | X | X | **0.00** |
| Account No. **622** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Electrical Fasteners Co., Inc. 7613 W. 100th Pl. Bridgeview, IL 60455** | - | | | | | X | X | X | **0.00** |

Sheet no. __**16**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Electrical Industry LMCC** **Local Union 364** **6820 Mill Road** **Rockford, IL 61108** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Electrical Insurance Trustees** **75 Remittance Dr.** **Suite 1615** **Chicago, IL 60675-1615** | - | | | | | X | X | X | **Unknown** |
| Account No. 6924 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **EMERgency 24** **4179 W. Irving Park Rd.** **Chicago, IL 60641** | - | | | | | X | X | X | **392.25** |
| Account No. 708389700 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Empire Tire and Battery** **P.O. Box 588** **Orland Park, IL 60462** | - | | | | | X | X | X | **0.00** |
| Account No. ELEPOW | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **ESP Associates, Ltd.** **999 Remington Blvd.** **Suite E** **Bolingbrook, IL 60440** | - | | | | | X | X | X | **0.00** |

Sheet no. __17__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **392.25**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Norman Peter Dong**                                    Case No. _____
_____,
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **501847** <br><br> **Evergreen Oak Electric Supply** <br> **P.O. Box 549** <br> **Crestwood, IL 60445-0549** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 32,777.87 |
| Account No. **124550** <br><br> **Evergreen Supply Company** <br> **231267 Momentum Place** <br> **Chicago, IL 60689-5311** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 26,018.61 |
| Account No. **124501** <br><br> **Everlights Lamp & Ballast Recycling** <br> **9901 S. Torrence Ave.** <br> **Chicago, IL 60617** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. <br><br> **Expert Lock & Safe** <br> **30681 Lincoln Rd.** <br> **Genoa, IL 60135** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. <br><br> **Express Electric Supply** <br> **847 North Troy** <br> **Chicago, IL 60622** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |

Sheet no. __18__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    58,796.48

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                                    Case No. _____
                                              ,
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **29503** <br><br> **Falconite Equipment, Inc.** <br> **P.O. Box 60858** <br> **Saint Louis, MO 63160-0858** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. **1490-5387-5** <br><br> **Federal Express** <br> **P.O. Box 94515** <br> **Palatine, IL 60094** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | **60.34** |
| Account No. <br><br> **Fifth Third Bank - Chicago** <br> **9400 S. Cicero Ave** <br> **Oak Lawn, IL 60453** | | - | | | Debt of Electrical Power & Systems, Inc. is personally guaranteed by Norman Dong | X | X | X | |
| | | | | | | | | | **526,324.47** |
| Account No. <br><br> **Representing:** <br> **Fifth Third Bank - Chicago** | | | | | **Jeffrey S. Burns** <br> **Crowley Barret & Karaba, Ltd.** <br> **20 S. Clark St., Suite 2310** <br> **Chicago, IL 60603** | | | | |
| | | | | | | | | | |
| Account No. **ELE100** <br><br> **Fire Protection Company** <br> **12828 S. Ridgeway** <br> **Alsip, IL 60803** | | - | | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| | | | | | | | | | **0.00** |

Sheet no. __19__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **526,384.81**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ELEC07** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Forces, Inc.** **31 W 350 Diehl Road** **Naperville, IL 60563** | | | | | | X | X | X | 0.00 |
| Account No. **F151046** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Fort Dearborn Life Insurance Co.** **36788 Eagle Way** **Chicago, IL 60678-1367** | | | | | | X | X | X | 0.00 |
| Account No. **2199941** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **G.E. Supply Co.** **P.O. Box 402497** **Atlanta, GA 30384-2497** | | | | | | X | X | X | 0.00 |
| Account No. | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **GEM Electric Supply, Inc.** **3135 W. 95th St.** **Evergreen Park, IL 60805** | | | | | | X | X | X | 3,355.00 |
| Account No. | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Gen Power, Inc.** **444 Randy Road** **Carol Stream, IL 60188** | | | | | | X | X | X | 0.00 |

Sheet no. __20__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,355.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1555**<br><br>**General Dentistry Associates, Inc.**<br>**9761 Southwest Highway**<br>**Oak Lawn, IL 60453** | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No.<br><br>**GLM Financial Group, Ltd.**<br>**20856 N. Rand Rd.**<br>**Barrington, IL 60010** | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | 12,840.00 |
| Account No.<br><br>**GMAC**<br>**Payment Processing Center**<br>**P.O. Box 51014**<br>**Carol Stream, IL 60125** | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No.<br><br>**Grand-Kahn Electric, Inc.**<br>**16760 S. Richmond Rd.**<br>**Hazel Crest, IL 60429** | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. **087226**<br><br>**Gravograph-New Hermes**<br>**Drawer No. GA00086**<br>**P.O. Box 530103**<br>**Atlanta, GA 30353-0103** | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |

Sheet no. __21__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,840.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ER901** <br><br> **Graybar Electric Co., Inc.** <br> **12431 Collections Center Dr.** <br> **Chicago, IL 60693** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. **721-3505683** <br><br> **Groen Waste Services** <br> **c/o AWI Remittance Processing** <br> **P.O. Box 9001154** <br> **Louisville, KY 40290-1154** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. **EPS** <br><br> **Gus Berthold Electric Co.** <br> **1900 W. Carroll Avenue** <br> **Chicago, IL 60612** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. <br><br> **Hard Rock Concrete** <br> **984 Lee Street** <br> **Des Plaines, IL 60016** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. <br><br> **Harrison & Held, LLP** <br> **333 W. Wacker Dr.** <br> **Suite 950** <br> **Chicago, IL 60606** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | **160.00** |

Sheet no. __22__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ........................
(Total of this page)    **160.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong** _____,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| **Hawkinson Ford Company**<br>**6100 W. 95th St.**<br>**Oak Lawn, IL 60453** | | | | | | | 0.00 |
| Account No. | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| **Helson's Garage Door Store, Ltd.**<br>**5737 S. Harlem Ave.**<br>**Chicago, IL 60638** | | | | | | | 0.00 |
| Account No. **10247** | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| **HLP Systems, Inc.**<br>**426 North Avenue**<br>**Libertyville, IL 60048** | | | | | | | 0.00 |
| Account No. **1132378** | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| **Honeywell Home and Building Control**<br>**P.O. Box 92091**<br>**Chicago, IL 60675** | | | | | | | 0.00 |
| Account No. | - | | Debt of Electrical Power & Systems, Inc. | X | X | X | |
| **Hubbell Incorporated**<br>**14 Lord's HIll Road**<br>**P.O. Box 901**<br>**Stonington, CT 06378-0901** | | | | | | | 0.00 |

Sheet no. __23__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Norman Peter Dong_____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **029086 & 029273**<br><br>**Huey Reprographics, LLC**<br>**19 S. Wabash**<br>**Chicago, IL 60603** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**I.B.E. W. Local Union 176**<br>**1100 N.E. Frontage Road**<br>**Joliet, IL 60431** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 2,274.25 |
| Account No. **36-4031840**<br><br>**I.B.E.B. Local Union 701 Fringe Ben**<br>**1780 Paysphere Circle**<br>**Chicago, IL 60674** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 2,341.97 |
| Account No.<br><br>**Representing:**<br>**I.B.E.B. Local Union 701 Fringe Ben** | | | | | **Local 701 Fringe Benefit Fund**<br>**Cash Management**<br>**P.O. Box 66973**<br>**Chicago, IL 60666** | | | | |
| Account No.<br><br>**I.B.E.W. Local Union 117 - Gen. Dep**<br>**Dept. 826996 Union National Bank**<br>**101 E. Chicago St.**<br>**Elgin, IL 60120** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 511.52 |

Sheet no. __24__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,127.74

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                              ,   Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| I.B.E.W. Local Union No. 134 600 W. Washington Blvd. Chicago, IL 60661 | | | | X | X | X | 46,189.72 |
| Account No. | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| I.B.E.W. Local Union No. 150 31290 N. Hwy. 45 Libertyville, IL 60048 | | | | X | X | X | Unknown |
| Account No. | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| I.B.E.W. Local Union No. 364 6820 Mill Road Rockford, IL 61109 | | | | X | X | X | Unknown |
| Account No. | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| I.B.E.W. Local Union No. 461 1661 Landmark Rd. Aurora, IL 60506 | | | | X | X | X | 1,432.84 |
| Account No. **90-18546-00-3** | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| i2 Technologies 15545 Innovation Dr. San Diego, CA 92128 | | | | X | X | X | 410.12 |

Sheet no. __25__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48,032.68

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**ICS, Ltd.**<br>**400 Fisher St.**<br>**Unit H**<br>**Munster, IN 46321** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Illinois Dept. of Public Health**<br>**P.O. Box 4263**<br>**Springfield, IL 62708-4263** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. 66778<br><br>**Illinois State Toll Highway Authori**<br>**I-PASS Violation Processing Center**<br>**P.O. Box 5204**<br>**Lisle, IL 60532-5204** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Illinois Time Recorder co.**<br>**1998 Ohio St., Ste. 200**<br>**Lisle, IL 60532** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No. EO134<br><br>**Imperial Crane Services, Inc.**<br>**7500 W. Imperial Drive**<br>**Bridgeview, IL 60455-2395** | | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |

Sheet no. __26__ of __57__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **20089813** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Inland Detroit Diesel Allison P.O. Box 68-9633 Milwaukee, WI 53267-9633** | | - | | | | X | X | X | |
| | | | | | | | | | **8,956.00** |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Interstate Electronics Company 600 Joliet Rd. Joliet, IL 60521-5629** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **IPM 12976 S.W. 89th Ave. Miami, FL 33176** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. **ELEPOW** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **J & A Sheet Metal, Inc. 1800 N. Campbell Ave. Chicago, IL 60647-4303** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. **5415** | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **James Saunoris & Sons 6000 W. 111th St. Chicago Ridge, IL 60415** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |

Sheet no. __**27**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,956.00**

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                        , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Jenner & Block, LLP One IBM Plaza Chicago, IL 60611 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Jeri Lock Co. P.O. Box 7203 Oak Brook Terrace, IL 60181 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| JJM Auto Repair 5451 W. 110th St. Unit #2 Oak Lawn, IL 60453 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Johnson Janitorial, Inc. 10346 S. 81st Avenue Palos Hills, IL 60465-1814 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. **ELPOS** | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Kara Company, Inc. 5255 Dansher Road Countryside, IL 60525 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __28__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Kinko's** **4710 W. 95th St.** **Oak Lawn, IL 60453** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. 5295648 | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Lab Safety Supply, Inc.** **P.O. Box 5004** **Janesville, WI 53547-5004** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Larry's Brake Service** **5625 W. 107th St.** **Chicago Ridge, IL 60415** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **ELES** | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Lifting Gear Hire Corp.** **7431-33 W. 90th St.** **Bridgeview, IL 60455** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Lighting Design and Supply Midwest** **1730 N. Clark St.** **Suite 901** **Chicago, IL 60614** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __29__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Litgen Concrete Cutting & Coring Co 1020 Nerge Rd. Elk Grove Village, IL 60007-3216 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| LMCC - 117, 150 and 461 Master Bond Fund 765 Munshaw Lane, #135 Crystal Lake, IL 60014 | - | | | | | X | X | X | Unknown |
| Account No. **1455** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| LMCC Labor Management Comm. 28600 Bella Vista Parkway, #1010 Warrenville, IL 60555 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Local 701 Audit Fund 2900 Ogden Ave., #108 Lisle, IL 60532-1676 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Local 701 LMCC 2900 Ogden Ave., #108 Lisle, IL 60532-1676 | - | | | | | X | X | X | Unknown |

Sheet no. __**30**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                    , Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Louis Jones Enterprise 333 N. Michigan Ave. Suite 325 Chicago, IL 60601 | - | | | | | X | X | X | 0.00 |
| Account No. EL001 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| LS International, Ltd. 5100 Academy Dr. Suite 400 Lisle, IL 60532 | - | | | | | X | X | X | 0.00 |
| Account No. ELEPOW | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| M & M Glass Service, Inc. 4047 W. 147th St. Midlothian, IL 60445 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Maddock Industries, Inc. 2720 W. Chicago Ave. Chicago, IL 60622 | - | | | | | X | X | X | 0.00 |
| Account No. QOOEPSLB | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Malko Electric Company 6200 Lincoln Ave. Morton Grove, IL 60053 | - | | | | | X | X | X | 0.00 |

Sheet no. __31__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **389700** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **McCann Construction Specialties Co.** **McCann Industries, Inc.** **38951 Eagle Way** **Chicago, IL 60678-1389** | - | | | | | X | X | X | 0.00 |
| Account No. **1675845000** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **McMaster Carr** **P.O. Box 7690** **Chicago, IL 60680** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Metal Services, Inc.** **774 Hawthorne Lane** **West Chicago, IL 60185** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Michael Best & Friedrich, LLP** **401 N. Michigan Ave.** **Chicago, IL 60611** | - | | | | | X | X | X | 2,212.42 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Microsoft** **P.O. Box 847124** **Dallas, TX 75284-7124** | - | | | | | X | X | X | 0.00 |

Sheet no. __**32**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,212.42

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3058** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Mid-America Truck & Equipment Co.** 625 South Route 83 Elmhurst, IL 60126-4200 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **MIDCO** 16 W 221 Shore Court Burr Ridge, IL 60527-5831 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Midway Industrial Forklift Services** 3828 W. 128th Pl. Alsip, IL 60803 | - | | | | | X | X | X | 0.00 |
| Account No. 3897000708 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Midwest Suburban Publishing, Inc.** P.O. Box 757 Tinley Park, IL 60477-0757 | - | | | | | X | X | X | 138.90 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Mike Haggerty Pontiac** 4600 W. 92nd St. Oak Lawn, IL 60453 | - | | | | | X | X | X | 0.00 |

Sheet no. __33__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **138.90**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Norman Peter Dong**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | - | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Millenium Concrete, Inc.** **364 Oglesby** **Calumet City, IL 60409** | | | | | | X | X | X | 0.00 |
| Account No. **ELECTRICAL** | | - | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Mobile Space, Inc.** **P.O. Box 430** **Midlothian, IL 60445-0430** | | | | | | X | X | X | 0.00 |
| Account No. **EPS001** | | - | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Morris Excavating, Inc.** **29 Forestwood Ct.** **Unit 6** **Romeoville, IL 60446** | | | | | | X | X | X | 0.00 |
| Account No. **317396** | | - | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Mpower Communications** **P.O. Box 60767** **Los Angeles, CA 90060** | | | | | | X | X | X | 1,105.24 |
| Account No. **36-4031840** | | - | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **National Eelecrical Benefit Fund** **Chicago & Cook County EBB #16** **5 Westbrook Corporate Center, #940** **Westchester, IL 60154** | | | | | | X | X | X | Unknown |

Sheet no. __34__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              1,105.24

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| National Elec. Benefit Fund Bd 55 4864 Cold Road Rockford, IL 61109 | - | | | X | X | X | Unknown |
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| National Elect. Benefit Fund - 117 31 W 007 North Avenue, Ste. 100 West Chicago, IL 60185 | - | | | X | X | X | Unknown |
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| National Elect. Benefit Fund - 701 31 W 007 North Avenue, Ste. 100 West Chicago, IL 60185 | - | | | X | X | X | Unknown |
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| National Electrial Benefit Fund Northeastern IL Empl. Bene Bd. #141 31 W 007 North Ave., Ste. 100 West Chicago, IL 60185 | - | | | X | X | X | Unknown |
| Account No. | | | Debt of Electrical Power & Systems, Inc. | | | | |
| National Electric Benefit Fund 461 Northeastern Illinois EBB#141 31 W 007 North Ave., #100 West Chicago, IL 60185 | - | | | X | X | X | 0.00 |

Sheet no. __35__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Norman Peter Dong_____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| National Electrical Benefit Fund 2400 Research Blvd. Suite 500 Rockville, MD 20850 | | | | | X | X | X | Unknown |
| Account No. | | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| National Electrical Benefit Fund #176 1050 Essington Rd., Suite B Joliet, IL 60435-2841 | | | | | X | X | X | Unknown |
| Account No. | | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| NECA Northeastern Chapter 31 W 007 North Ave., Ste. 100 West Chicago, IL 60185 | | | | | X | X | X | Unknown |
| Account No. | | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| NECA-EBEW Pension Trust Fund Local 176 - Decatur 2120 Hubbard Avenue Decatur, IL 62526 | | | | | X | X | X | Unknown |
| Account No. | | | - | Debt of Electrical Power & Systems, Inc. | | | | |
| NECA-IBEW Local 176 Joint Dist. Account 2470 Paysphere Circle Chicago, IL 60674 | | | | | X | X | X | Unknown |

Sheet no. __36__ of __57__ sheets attached to Schedule of          Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Norman Peter Dong__ , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| NECA-IBEW Local364 P.O. Box 4062 Rockford, IL 61110-0562 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Neetz Bros. Construction, Inc. 13554 W. 163rd St. Lockport, IL 60441 | - | | | | | X | X | X | 0.00 |
| Account No. 68356 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| NES Equipment Services P.O. Box 8500-1226 Philadelphia, PA 19178-1226 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Network Electric 14032 S. Kostner, Unit B Crestwood, IL 60445 | - | | | | | X | X | X | 0.00 |
| Account No. 980419-770737 | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| New England Business service P.O. Box 970043 Boston, MA 02297-0043 | - | | | | | X | X | X | 267.09 |

Sheet no. __37__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

267.09

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                    , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4-10-03-1842-9** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Nicor Gas**<br>**P.O. Box 310**<br>**Aurora, IL 60504** | - | | | | | X | X | X | 0.00 |
| Account No. **EP&S** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **O-E IL, Inc.**<br>**P.O. Box 310**<br>**Lemont, IL 60439** | - | | | | | X | X | X | 356.98 |
| Account No. **106675192** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Palos Community Hospital**<br>**12251 S. 80th Avenue**<br>**Palos Heights, IL 60463** | - | | | | | X | X | X | 0.00 |
| Account No. **MB60803-4** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Palos Sports**<br>**11711 S. Austin Avenue**<br>**Alsip, IL 60803** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Peterson Electric Panel Mfg. Co.**<br>**5550 McDermott Drive**<br>**Berkeley, IL 60163-1295** | - | | | | | X | X | X | 0.00 |

Sheet no. __38__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

356.98

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Norman Peter Dong**                                                   , Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Job #C0509** | | | | | **Debt of Electrical Power & Systems, Inc.** | | | | |
| **Pinner Electric, Incorporated 9525 Southview Avenue P.O. Box 329 Brookfield, IL 60513** | | - | | | | X | X | X | 0.00 |
| Account No. **8000-9090-0027-0228** | | | | | **Debt of Electrical Power & Systems, Inc.** | | | | |
| **Pitney Bowes P.O. Box 856056 Louisville, KY 40285** | | - | | | | X | X | X | 12.00 |
| Account No. **0584** | | | | | **Debt of Electrical & Power Systems, Inc.** | | | | |
| **Power Equipment Leasing Co. 605 Anderson Dr. Romeoville, IL 60446** | | - | | | | X | X | X | 0.00 |
| Account No. **107260** | | | | | **Debt of Electrical & Power Systems, Inc.** | | | | |
| **Powerware/Eaton Corporation P.O. Box 93591 Chicago, IL 60673-3531** | | - | | | | X | X | X | 0.00 |
| Account No. | | | | | **Debt of Electrical & Power Systems, Inc.** | | | | |
| **Preon Power 445 Fullerton Avenue Elmhurst, IL 60126** | | - | | | | X | X | X | 0.00 |

Sheet no. __39__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **12.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Norman Peter Dong_____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | | | | | | |
| Account No. **ELECT** | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Prime Scaffold, Inc.** **1220 North Ellis Street** **Bensenville, IL 60106** | | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Progressive Electrical Industries** **4336 N. Keeler** **Chicago, IL 60641** | | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Protech, Inc.** **2430 Millennium Dr.** **Elgin, IL 60123** | | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Public Building Commission** **Teng Construction, LLC** **205 N. Michigan Ave, #3600** **Chicago, IL 60601** | | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **8566** | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **r.p.m. Cellular Telephone, Inc.** **9731 S. Harlem Ave.** **Bridgeview, IL 60455** | | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __40__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                                      ,     Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **11641** | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | |
| **RCM Data Corporation** **231 S. Frontage Rd., Suite 1** **Burr Ridge, IL 60527-6139** | | | | | | | | | 0.00 |
| Account No. **ELE420** | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | |
| **Recco Tool & Supply** **8805 W. Joliet Rd.** **P.O. Box 1509** **McCook, IL 60525** | | | | | | | | | 0.00 |
| Account No. | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | |
| **Regional Truck Equipment** **4626 W. 120th Street** **Alsip, IL 60803** | | | | | | | | | 0.00 |
| Account No. **28782** | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | |
| **Reliable Fire Equipment Co.** **12845 South Cicero Ave.** **Alsip, IL 60803** | | | | | | | | | 0.00 |
| Account No. | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | |
| **Renaissance Communication Systems** **3509 Matens** **Franklin Park, IL 60131** | | | | | | | | | 0.00 |

Sheet no. __41__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                                            Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Rhino Linings of Orland Park** 13421 Southwest Highway Orland Park, IL 60462 | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | 0.00 |
| Account No. **EPS001** **Rhyne Communications, Inc.** 45 U.S. Highway 46 P.O. Box 675 Pine Brook, NJ 07058 | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | 0.00 |
| Account No. **Risky Business** 11935 South Cicero Avenue Alsip, IL 60803 | | - | | | | X | X | X | 0.00 |
| Account No. **Robert Shaski** 7259 W. 108th Place Worth, IL 60482 | | - | | | Debtor and Creditor are co-guarantors of Fifth Third Bank - Electrical Power & Systems, Inc. business loan and are co-shareholders of Electrial Power & Systems, Inc. - See Schedule B, #12 | X | X | X | Unknown |
| Account No. **Representing:** Robert Shaski | | | | | Elizabeth Bates 1755 S. Naperville Rd. Suite 200 Wheaton, IL 60187 | | | | |

Sheet no. __42__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                              ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Roberts Auto Repair**<br>**13845 S. Cicero Avenue**<br>**Crestwood, IL 60445** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |
| Account No. **9312**<br><br>**Rosebud Farm**<br>**525 E. 130th St.**<br>**P.O. Drawer 601**<br>**Dolton, IL 60419-0601** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Roughneck Concrete Drilling**<br>**& Sawing Co.**<br>**8400 Lehigh Ave.**<br>**Morton Grove, IL 60053-2617** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |
| Account No. **82161**<br><br>**Rudd Lighting**<br>**9201 Washington Ave.**<br>**Racine, WI 53406** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Rudy Krastin Heating Co.**<br>**8820 S. 51st Ave.**<br>**Oak Lawn, IL 60453** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |

Sheet no. __43__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Safe Shot, Ltd. 617 Wesley Ave. Oak Park, IL 60304-1315 | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | 0.00 |
| Account No. 771 5 09 0589983121  Sam's Club P.O. Box 105980 Dept. 77 Atlanta, GA 30353-5980 | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | 0.00 |
| Account No. 906-224-8961-741-6  SBC* Law Department 225 W. Randolph, Suite 27A Chicago, IL 60606 | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | 32.63 |
| Account No.  Representing: SBC* | | | | | SBC Bill Payment Center Saginaw, MI 48663-0003 | | | | |
| Account No.  School District Publications 1507 E. 53rd St. Dept. 601 Chicago, IL 60615 | | - | | | Debt of Electrical & Power Systems, Inc. | X | X | X | 495.00 |

Sheet no. __44__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

527.63

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| Schuyler, Roche & Zwirner, P.C. One Prudential Plaza 130 E. Randolph St., Ste. 3800 Chicago, IL 60601 | - | | | | | X | X | X | 8,356.23 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| Secretary of State of Illinois 501 S. 2nd St., Rm 591 Springfield, IL 62756 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| Section 32 Sewer Authority P.O. Box 47 Wakefield, MI 49968 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| Security Equipment Supply 825 75th St. Suite H Willowbrook, IL 60527 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| SELLECT, Inc. 4891 Independence St., #275 Wheat Ridge, CO 80033-6794 | - | | | | | X | X | X | 0.00 |

Sheet no. __45__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,356.23

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **10R555571** | | - | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | |
| **Seton Identification Products** **P.O. Box 95904** **Chicago, IL 60694** | | | | | | | | | 0.00 |
| Account No. **065-085-854** | | - | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | |
| **Shell Fleet Plus** **P.O. Box 9016** **Des Moines, IA 50368** | | | | | | | | | 0.00 |
| Account No. **F016019739 1** | | - | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | |
| **Silver Cross Hospital** **P.O. Box 100** **Joliet, IL 60434** | | | | | | | | | 0.00 |
| Account No. **311-000626696** | | - | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | |
| **Simplex Grinell** **Dept. CH 10320** **Palatine, IL 60055** | | | | | | | | | 0.00 |
| Account No. | | - | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | |
| **Small Systems Solutions, Inc.** **2660 Sandpiper Trail** **West Chicago, IL 60185** | | | | | | | | | 0.00 |

Sheet no. __**46**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Norman Peter Dong__ _____,   Case No. _____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.** | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Sound Sonic Professional Entertain** <br> **8731 Glenshire St.** <br> **Tinley Park, IL 60477** | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Southern Management Development** <br> **4000 Dekalb Technology Pkwy** <br> **Suite 100** <br> **Atlanta, GA 30340** | | | | | | X | X | X | |
| | | | | | | | | | 2,838.00 |
| **Account No.** | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Specialty Electric Supply Co.** <br> **614 E. Mills Rd.** <br> **Joliet, IL 60433** | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| **Account No.** 100 0933 034 | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Speedway SuperAmerica, LLC** <br> **P.O. Box 740587** <br> **Cincinnati, OH 45274** | - | | | | | X | X | X | |
| | | | | | | | | | 1,259.75 |
| **Account No.** | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Standard Bank & Trust** <br> **Hickory Hills, IL 60457** | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __47__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
(Total of this page)     **4,097.75**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **Norman Peter Dong**                                                        ,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Standard Cartage Company, Inc. 2400 S. 27th Ave. Broadview, IL 60155** | - | | | | X | X | X | 0.00 |
| Account No. **127-000998** | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **State of Illinois Dept. of Professional Regulation 320 W. Washington St., 3rd Floor Springfield, IL 62786** | - | | | | X | X | X | 0.00 |
| Account No. **25512** | | | | Debt of Electrical & Power Systems, Inc.998.27 | | | | |
| **Steiner Electric Company 4210 Grove Avenue Gurnee, IL 60031** | - | | | | | | | 0.00 |
| Account No. | | | | **Steiner Electric Company 2665 Paysphere Circle Chicago, IL 60674** | | | | |
| **Representing: Steiner Electric Company** | | | | | | | | |
| Account No. | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Strategic Business Partners 3255 N. Arlington Heights Rd. Arlington Heights, IL 60004** | - | | | | X | X | X | 0.00 |

Sheet no. __48__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Norman Peter Dong** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Debt of Electrical & Power Systems, Inc. | | | | |
| Sun Coast Safety Consultants 489 Riverside Dr. Tarpon Springs, FL 34689 | | | | | X | X | X | 0.00 |
| Account No. | | - | | Debt of Electrical & Power Systems, Inc. | | | | |
| Sunbelt Rentals, Inc. P.O. Box 409211 Atlanta, GA 30384-9211 | | | | | X | X | X | 0.00 |
| Account No. EL700A | | - | | Debt of Electrical & Power Systems, Inc. | | | | |
| Swiderski Electronics, Inc. 800 W. Thorndale Ave. Itasca, IL 60143-1356 | | | | | X | X | X | 0.00 |
| Account No. | | - | | Debt of Electrical & Power Systems, Inc. | | | | |
| Switchboard Aparatus, Inc. 2820 S. 19th Ave. Broadview, IL 60155 | | | | | X | X | X | 0.00 |
| Account No. 1491 | | - | | Debt of Electrical & Power Systems, Inc. | | | | |
| T.J. Adams Group, LLC 1120 Reliable Parkway Chicago, IL 60686 | | | | | X | X | X | 0.00 |

Sheet no. __49__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Taylor & Taylor Engineering**<br>**104 Northview Dr.**<br>**Valparaiso, IN 46383** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Tel Assist Communication Services**<br>**14423 West Addison Dr.**<br>**New Lenox, IL 60451** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |
| Account No.  **1006772**<br><br>**Telular Corporation Cellular**<br>**Alarm SVC**<br>**Classic Product Dept. 77-52464**<br>**Chicago, IL 60678** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 69.12 |
| Account No.<br><br>**The Rug Merchant**<br>**161 Kronberg Rd.**<br>**Wakefield, MI 49968** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**The Sign Stop**<br>**5436 W. 111th St.**<br>**Oak Lawn, IL 60453** | - | | | | **Debt of Electrical & Power Systems, Inc.** | X | X | X | 0.00 |

Sheet no. __**50**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          69.12

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Norman Peter Dong**                                      , Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| **Tire Services Company** **11111 Southwest Highway** **Palos Hills, IL 60465** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Tools for the Trades** **P.O. Box 1559** **Weaverville, NC 28787** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Town of Cicero** **Business License Department** **4937 W. 25th St., Room 205** **Cicero, IL 60804** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. **753860** | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **ULINE** **Attn: Accounts Receivable** **2200 S. Lakeside** **Waukegan, IL 60085** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. **ELEPO2** | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Underground Devices, Inc.** **3304 Commercial Ave.** **Northbrook, IL 60062** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __51__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Norman Peter Dong**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1725607957**<br><br>**United Parcel Service**<br>**#46 Dept. 202**<br>**P.O. Box 505820**<br>**The Lakes, NV 88905** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 57.66 |
| Account No.<br><br>Representing:<br>**United Parcel Service** | | | | | **United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132** | | | | |
| Account No. **U002077**<br><br>**United Power Corporation**<br>**5657 Collection Center Dr.**<br>**Chicago, IL 60693** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |
| Account No. **90974**<br><br>**United Rentals, Inc.**<br>**Credit Office #213**<br>**P.O. Box 53330**<br>**Saint Louis, MO 63150** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 1,841.28 |
| Account No.<br><br>**United Stationers**<br>**2200 E. Golf Rd.**<br>**Des Plaines, IL 60016** | - | | | | Debt of Electrical Power & Systems, Inc. | X | X | X | 0.00 |

Sheet no. __**52**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,898.94**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                    , Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **001093** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Utility Concrete Products Co.** **1801 N. VanDyke Rd.** **Plainfield, IL 60544** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. **505075231** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Verizon Wireless** **P.O. Box 790406** **Saint Louis, MO 63179** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. **ELEC100** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Villa Mechanical, Inc.** **14001 S. Kostner** **Crestwood, IL 60445** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |
| Account No. **12249-14222** | | | | | Debt of Electrial Power & Systems, Inc. | | | | |
| **Village of Alsip** **4500 E. 123rd St.** **Alsip, IL 60803-2599** | | - | | | | X | X | X | |
| | | | | | | | | | **97.68** |
| Account No. **51862** | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Village of Chicago Ridge** **10455 S. Ridgeland Ave.** **Chicago Ridge, IL 60415** | | - | | | | X | X | X | |
| | | | | | | | | | **0.00** |

Sheet no. __**53**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **97.68**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                    , Case No. _____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Village of Evergreen Park**<br>**9412 S. Kedzie Ave.**<br>**Evergreen Park, IL 60805** | - | | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Village of Mokena**<br>**11004 Carpenter St.**<br>**Mokena, IL 60448** | - | | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Village of Niles**<br>**1000 Civic Center Dr.**<br>**Niles, IL 60714** | - | | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Village of North Riverside**<br>**2401 S. DesPlaines Avenue**<br>**Riverside, IL 60546** | - | | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |
| Account No.<br><br>**Village of Oak Lawn**<br>**Office of Quality Control**<br>**9446 E. Raymond**<br>**Oak Lawn, IL 60453** | - | | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | 0.00 |

Sheet no. __54__ of __57__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Norman Peter Dong**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Village of Orland Park 14700 Ravinia Avenue Orland Park, IL 60462 | - | | | | | X | X | X | 75.00 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| Village of Plainfield Police Dept. 1400 N. Division St. Plainfield, IL 60544 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| Village of Shorewood 903 W. Jefferson St. Joliet, IL 60431 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical & Power Systems, Inc. | | | | |
| Village of Skokie 5127 Oakton Street Skokie, IL 60077 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Debt of Electrical Power & Systems, Inc. | | | | |
| Vince's Towing, Inc. 3361 W. 91st St. Evergreen Park, IL 60805 | - | | | | | X | X | X | 0.00 |

Sheet no. __55__ of __57__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **75.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Norman Peter Dong**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Visual Reality Concepts, Inc.** **2622 Popular View Bend** **Elgin, IL 60120** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. 136 80-178-432-3 | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **W.W. Grainger, Inc.** **Dept. 136-801784323** **Palatine, IL 60038** | | | | | | X | X | X | |
| | | | | | | | | | 99.43 |
| Account No. 17087 DEPT | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Walton Office Supply** **503 W. Taft Dr.** **South Holland, IL 60473** | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. 140-1050187-2015-6 | | | - | | Debt of Electrical Power & Systems, Inc. | | | | |
| **Waste Management** **P.O. Box 9001054** **Louisville, KY 40290** | | | | | | X | X | X | |
| | | | | | | | | | 181.17 |
| Account No. 7405002995 | | | - | | | | | | |
| **Wells Fargo Financial National Bank** **P.O. Box 94498** **Las Vegas, NV 89193** | | | | | | | | | |
| | | | | | | | | | 329.31 |

Sheet no. __**56**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

609.91

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Norman Peter Dong**                                          , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **667808752** <br><br> **Xerox Corporation** <br> **P.O. Box 802555** <br> **Chicago, IL 60680** | - | | | **Debt of Electrical Power & Systems, Inc.** | X | X | X | <br><br><br>**0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**57**__ of __**57**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
**0.00**

Total
(Report on Summary of Schedules)
**840,259.37**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Norman Peter Dong**                                                                    ,    Case No. _____

                                                          Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

____0____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Norman Peter Dong**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chris Dong**<br>**9024 Darien Woods Ct.**<br>**Darien, IL 60561** | **MidAmerica Bank**<br>**55th & Holmes**<br>**Clarendon Hills, IL 60514** |
| **Christine Dong**<br>**9024 Darien Woods Ct.**<br>**Darien, IL 60561** | **MidAmerica Bank**<br>**55th & Holmes**<br>**Clarendon Hills, IL 60514** |
| **Christine Dong**<br>**9024 Darien Woods Ct.**<br>**Darien, IL 60561** | **MidAmerica Bank**<br>**55th & Holmes**<br>**Clarendon Hills, IL 60514** |
| **E P & S, Inc.**<br>**9024 Darien Woods Ct.**<br>**Darien, IL 60561** | **Mercedes Benz Credit**<br>**P.O. Box 685**<br>**Roanoke, TX 76262** |

   **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(12/03)

In re   **Norman Peter Dong** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter** | AGE<br>**17** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | N/A |
| Estimated monthly overtime | $ | 0.00 | $ | N/A |
| SUBTOTAL | $ | 0.00 | $ | N/A |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify) _____ | $ | 0.00 | $ | N/A |
| _____ | $ | 0.00 | $ | N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | N/A |
| Income from real property | $ | 0.00 | $ | N/A |
| Interest and dividends | $ | 0.00 | $ | N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| Social security or other government assistance | | | | |
| (Specify)   **Unemployment** | $ | 1,824.00 | $ | N/A |
| _____ | $ | 0.00 | $ | N/A |
| Pension or retirement income | $ | 0.00 | $ | N/A |
| Other monthly income | | | | |
| (Specify)   **Dividends** | $ | 0.25 | $ | N/A |
| _____ | $ | 0.00 | $ | N/A |
| TOTAL MONTHLY INCOME | $ | 1,824.25 | $ | N/A |

TOTAL COMBINED MONTHLY INCOME   $ _____ **1,824.25**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Norman Peter Dong**  _____  Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 3,793.22 |
| Are real estate taxes included? | Yes ___ | No **X** | | |
| Is property insurance included? | Yes ___ | No **X** | | |
| Utilities: Electricity and heating fuel | | | $ | 385.00 |
| Water and sewer | | | $ | 100.00 |
| Telephone | | | $ | 250.00 |
| Other  **See Detailed Expense Attachment** | | | $ | 167.93 |
| Home maintenance (repairs and upkeep) | | | $ | 1,427.08 |
| Food | | | $ | 800.00 |
| Clothing | | | $ | 150.00 |
| Laundry and dry cleaning | | | $ | 100.00 |
| Medical and dental expenses | | | $ | 41.67 |
| Transportation (not including car payments) | | | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| Charitable contributions | | | $ | 1,000.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| Homeowner's or renter's | | | $ | 246.00 |
| Life | | | $ | 137.00 |
| Health | | | $ | 500.00 |
| Auto | | | $ | 350.00 |
| Other | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)  **Real Estate Taxes** | | | $ | 1,416.67 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | | |
| Auto | | | $ | 0.00 |
| Other  **Home Equity Loan payment** | | | $ | 2,000.00 |
| Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| Other  **Home Owners Association** | | | $ | 25.00 |
| Other | | | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | | $ | 13,139.57 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | N/A |
| B.  Total projected monthly expenses | $ | N/A |
| C.  Excess income (A minus B) | $ | N/A |
| D.  Total amount to be paid into plan each _____ | $ | N/A |
| | (interval) | |

In re  **Norman Peter Dong**                                                    Case No. _____
                              Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Direct TV** | $ | **96.93** |
| **Comcast** | $ | **71.00** |
| **Total Other Utility Expenditures** | $ | **167.93** |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Norman Peter Dong**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **82** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 14, 2005**

Signature    **/s/ Norman Peter Dong**

**Norman Peter Dong**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Norman Peter Dong**

Debtor(s)

Case No. _____

Chapter  **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$48,461.56** | **Debtor YTD 2005 from Electrical Power & Systems, Inc.** |
| **$163,846.00** | **Debtor 2004 Income from Electrical Power & Systems, Inc.** |
| **$141,800.00** | **Debtor 2003 Income from Electrical Power & Systems, Inc.** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,120.00** | **Debtor - Unemployment benefits from 6/4/05 through 9/24/05** |

2

### 3. Payments to creditors

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express (Corresp)** P.O. Box 297812 Fort Lauderdale, FL 33329 | **9/8/05** | **$1,438.21** | **$3,000.00** |

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fifth Third Bank (Chicago) v. Electrical Power & Systems, Inc.; Norman Dong and Robert Shaski 2005 L 003247** | **Civil** | **Circuit Court of Cook County Chancery Division** | **Pending** |
| **Evergreen Oak Electric Supply and Sales Co. v. W9/MLM Brickyard, LLC; Fifth Third Bank; Electrical Power & Systems, Inc.; Krahl Associates, Inc. a/k/a Krahl Construction; Robert Shaski and Norm Dong Case No:  05 CH 9641** | **Chancery Mechanic's Lien Foreclosure** | **Cook County Chancery Division Chicago, IL** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Orchard Valley Church** | **Church** | **1/1/05 through 10/8/05** | **Regular weekly charitable contributions to religious institution totalling approximately $9,700.00** |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Richards, Ralph & Schwab, Chartered** | **April, 2005** | **$11,500.00 (4/05)** |
| **175 E. Hawthorn Parkway, Suite 345** | **October 12, 2005** | **$1,500.00 (10/12/05)** |
| **Vernon Hills, IL 60061** | **October 13, 2005** | **$1,709.00 (10/13/05)** |

4

**10. Other transfers**

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **MidAmerica Bank**<br>**55th & Holmes**<br>**Clarendon Hills, IL 60514** | **Checking #6016770188** | **$4.15**<br>**8/2/05** |
| **MidAmerica Bank**<br>**55th & Holmes**<br>**Clarendon Hills, IL 60514** | **Savings #120868156** | **$230.24**<br>**8/2/05** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Christine Dong**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
☐
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Electrical Power & Systems, Inc.** | **36-4031840** | **5959 W. 115th Street Alsip, IL 60803** | **Electrical Contractor** | **7/1996 through 4/2005** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **John Ayotte 1730 Park St., #211 Naperville, IL 60563** | **1996 to August, 2004** |
| **Gerry McCollough 20856 N. RAnd Rd. Barrington, IL 60010** | **August, 2004 to Present** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Same Answer to 19A** | | |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Same As Above in 19A and B** | |
| **Robert Shaski** | **7259 W. 108th Place Worth, IL 60482** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                      DATE ISSUED

**Fifth Third Bank - Chicago**
**9400 S. Cicero Ave**
**Oak Lawn, IL 60453**

**LaSalle Bank**

**Standard Bank & Trust**
**Hickory Hills, IL 60457**

**Lake Shore Bank**

**Downer's Grove Bank**

**Harris Bank**

**C.W. Olson & Co.**
**414 N. Orleans St.**
**Suite 303**
**Chicago, IL 60610-4418**

**Seaway Bank**

**Small Business Administation**

**Walsh Construction**

**McHugh Construction**

**Pepper Construction**

**Mc4West Construction**

     **20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐     and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                           (Specify cost, market or other basis)
**June, 2005**                 **Norman Dong**                  **$50,000 - Market value of Electrical**
                                                             **Power & Systems, Inc.**

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                        RECORDS
**June, 2005**                                             **Norman Dong**
                                                        **9024 Darien Woods Ct.**
                                                        **Darien, IL 60561**

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Norman Dong**<br>**9024 Darien Woods Ct.**<br>**Darien, IL 60561** | **President** | **51%** |
| **Robert Shaski**<br>**7259 W. 108th Place**<br>**Worth, IL 60482** | | **49%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Robert Shaski**<br>**7259 W. 108th Place**<br>**Worth, IL 60482** | **Vice President** | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Norman Dong** | **Transfer of Retained Earnings to Pay Back Debt to Corporation October, 2004** | |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 14, 2005**                    Signature  **/s/ Norman Peter Dong**

                                                          **Norman Peter Dong**

                                                          Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Norman Peter Dong** _____   Case No. _____

_____   Chapter   **7**   _____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                                    **Creditor's name**
   **-NONE-**

   *b.  Property to Be Retained*                                  *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | 2004 Mercedes Benz ML500 | Mercedes Benz Credit | | | **X** |
| **2.** | 9024 Darien Woods Ct. Darien, IL  60561 | MidAmerica Bank | | | **X** |
| **3.** | 9024 Darien Woods Ct. Darien, IL  60561 | MidAmerica Bank | | | **X** |

Date   **October 14, 2005** _____   Signature   **/s/ Norman Peter Dong** _____

                                                                  **Norman Peter Dong**
                                                                  Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Norman Peter Dong** _____

_____ Debtor(s)

Case No. _____

Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................   $ _____**3,000.00**

   Prior to the filing of this statement I have received.................................................   $ _____**3,000.00**

   Balance Due...............................................................................................................   $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed;**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 14, 2005** _____

**/s/ Michael L. Ralph** _____
**Michael L. Ralph 2279304**
**Richards, Ralph & Schwab, Chartered**
**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**
**847-367-9699  Fax: 847-367-9621**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Norman Peter Dong**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **292**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **October 14, 2005**

**/s/ Norman Peter Dong**

**Norman Peter Dong**

Signature of Debtor

Active Electrical Supply
4240 W. Lawrence Ave.
Chicago, IL 60630


Acuity
2800 S. Taylor Dr.
P.O. Box 718
Sheboygan, WI 53082-0718


ADI
12974 Collections Center Drive
Chicago, IL 60693


Advanced Electrical Supply Co., Inc
135 S. LaSalle St.
Dept. 1037
Chicago, IL 60674


Advanced Fire & Security Systems
12540 Holiday Dr.
Unit C
Alsip, IL 60803


Affiliated Systems, Inc.
1441 Branding Lane
Suite 260
Downers Grove, IL 60515


Affordable Fire Equipment, Inc.
4722 S. Laramie Ave.
Stickney, IL 60638-2022


Air Products Equipment Co.
1555 Louis Avenue
Elk Grove Village, IL 60007


All Power Tool, Inc.
921 Estes Ct.
Schaumburg, IL 60193


Allnet, Inc.
Slot C-56
P.O. Box 66973
Chicago, IL 60666-0973

American Classic Rebar Corporation
15810 Suntone Dr.
South Holland, IL 60473


American Express
Customer Service
P.O. Box 297804
Fort Lauderdale, FL 33329


American Express (Corresp)
P.O. Box 297812
Fort Lauderdale, FL 33329


American Express - Costco
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


American Express - Delta Sky Miles
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


American Express Platinum
P.O. Box 650448
Dallas, TX 75265


Anixter, Inc.
P.O. Box 847428
Dallas, TX 75284


ARS Contracting, Inc.
9540 Carls Drive
Plainfield, IL 60544


Asco Services, Inc.
P.O. Box 73473
Chicago, IL 60673


Assocation of Subcontractors & Affi
3150 River Road
Suite 101
Des Plaines, IL 60018

Associated Business Equipment
550 N. Commons Dr.
#102
Aurora, IL 60504-8172


Associated Design Service
11160 Southwest Highway
Palos Hills, IL 60465


AVAYA, Inc.
P.O. Box 73061
Chicago, IL 60673-3061


B.I. Equipment Rental, Inc.
4021 W. 127th St.
Alsip, IL 60803


Baja Contractors, Inc.
116 Main Street
P.O. Box 668
Lemont, IL 60439-0668


Bank of America
P.O. Box 53138
Phoenix, AZ 85072


Bank of America (Corresp)
P.O. Box 15480
Wilmington, DE 19850


Bank of America (Corresp.)
P.O. Box 53101
Phoenix, AZ 85072


Benetech, Inc.
Attn: Accounting
P.O. Box 348570
Sacramento, CA 95834


Best Messenger Service, Inc.
671 Executive Dr.
Willowbrook, IL 60521

Brock Tool Company
1475 Louis Avenue
Elk Grove Village, IL 60007


Brook Electrical Distribution Co.
P.O. Box 809106
Chicago, IL 60680-9106


Brucker Company
LBX 619731
P.O. Box 6197
Chicago, IL 60681


Buds Rental, Inc.
9901 Southwest Highway
Oak Lawn, IL 60453


Buttrey Rental Service
216 W. Ogden Ave.
Westmont, IL 60559


C&L Electrical Supply Co.
9637 Southwest Highway
Oak Lawn, IL 60453


C. Johnson Locksmith
11638 South Pulaski
Alsip, IL 60803


C.W. Olson & Co.
414 N. Orleans St.
Suite 303
Chicago, IL 60610-4418


Cabela's Club Visa
WFB Visa Center
P.O. Box 82608
Lincoln, NE 68501


CED/Efengee Electrical Dist., Inc.
P.O. Box 085540
Racine, WI 53408

Chicago Differential, Inc.
11626 S. Mayfield Ave.
Alsip, IL 60803


Chicago Switchboard Co., Inc.
470 W. Wrightwood Ave.
Elmhurst, IL 60126


Chicago Training Institute
200 S. Michigan Ave.
Suite 700
Chicago, IL 60604


Chicagoland Electrical Ind.
Credit Union
14 E. 31st St.
La Grange, IL 60525


Christine Dong
9025 Darien Woods Ct.
Darien, IL 60561


Chuhak & Tecson, P.C.
30 S. Wacker Dr.
Suite 2600
Chicago, IL 60606


CIT Technology Fin. Serv., Inc.
21146 Network Place
Chicago, IL 60673


City of Chicago, Dept. of Buildings
Bureau of Licensing & Registration
121 N. LaSalle St., Room 104
Chicago, IL 60602


City of Chicago/Parking Tickets
Department of Revenue
P.O. Box 88292
Chicago, IL 60680


City of Des Plaines
1420 Minor Street
Des Plaines, IL 60016

Classic Electric Supply
7700 West Madison St.
Forest Park, IL 60130


Com Ed
Attn: Credit Dept.
2100 Swift Dr.
Oak Brook, IL 60523


Com/Rad, Inc.
1781 Oakton Blvd.
Des Plaines, IL 60018


Comcast
P.O. Box 173885
Denver, CO 80217


Commercial Electronic Systems, Inc.
2447 Reeves Rd.
Joliet, IL 60436


Communications Products & Services
1740 W. Warren Ave.
Englewood, CO 80110


Communications Supply Corporation
135 S. LaSalle St.
Dept 3050
Chicago, IL 60674


Contractors Power & Light Co.
901 N. Williams St.
Thornton, IL 60476


Cood County Clerk, David Orr
Cook County Vital Statistics
P.O. Box 642570
Chicago, IL 60664


Cook County Department of Revenue
Use Tax
P.O. Box 94401
Chicago, IL 60690-4401

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468

Countryside Lawn & Garden
15611 S. 70th Court
Orland Park, IL

Crane and Norcross
Two North LaSalle St.
Suite 2000
Chicago, IL 60602-3869

Creative Resource Services, Inc.
2600 Warrenville Rd.
Suite 202
Downers Grove, IL 60515

Cresent Rock, Inc.
1368 North Mohawk
Chicago, IL 60610

Cummins NPower, LLC
NW 7686
P.O. Box 1450
Minneapolis, MN 55485-7686

Danaher Power Solutions
P.O. Box 98392
Chicago, IL 60693

Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197

Delta Therm Corporation
398 W. Liberty St.
P.O. Wobx 345
Wauconda, IL 60084

Discover Card*
P.O. Box 15192
Wilmington, DE 19850

Diversitech, LLC
136 Shore Drive
Suite 100
Burr Ridge, IL 60521


Done-Right Trenching
N 3217 Iris Rd.
Lake Geneva, WI 53147


DST
Attn: Lord, Abbett Division
P.O. Box 219198
Kansas City, MO 64121


Duane Heating & Cooling
10005 S. Ridgeland Ave.
Oak Lawn, IL 60453


E.E. Bailey Bldg Materials & Supp
11520 S. Halsted Ct.
Chicago, IL 60628


East Coast Distributors
164-I Summer St., #213
Kingston, MA 02364


Eaton Corporation
Eaton Center
Cleveland, OH 44114


Electrial Power & Systems 401K Plan
5959 W. 115th St.
Alsip, IL 60803


Electrial Power & Systems 401K Plan
c/o Benetech
P.O. Box 348570
Sacramento, CA 95834


Electrial Power & Systems, Inc.
5959 West 115th St.
Alsip, IL 60803

Electrical Contractor's Association
5 Westbrook Corporate Center
Suite 940
Westchester, IL 60154

Electrical Fasteners Co., Inc.
7613 W. 100th Pl.
Bridgeview, IL 60455

Electrical Industry LMCC
Local Union 364
6820 Mill Road
Rockford, IL 61108

Electrical Insurance Trustees
75 Remittance Dr.
Suite 1615
Chicago, IL 60675-1615

Elizabeth Bates
1755 S. Naperville Rd.
Suite 200
Wheaton, IL 60187

EMERgency 24
4179 W. Irving Park Rd.
Chicago, IL 60641

Empire Tire and Battery
P.O. Box 588
Orland Park, IL 60462

ESP Associates, Ltd.
999 Remington Blvd.
Suite E
Bolingbrook, IL 60440

Evergreen Oak Electric Supply
P.O. Box 549
Crestwood, IL 60445-0549

Evergreen Supply Company
231267 Momentum Place
Chicago, IL 60689-5311

Everlights Lamp & Ballast Recycling
9901 S. Torrence Ave.
Chicago, IL 60617


Expert Lock & Safe
30681 Lincoln Rd.
Genoa, IL 60135


Express Electric Supply
847 North Troy
Chicago, IL 60622


Falconite Equipment, Inc.
P.O. Box 60858
Saint Louis, MO 63160-0858


Federal Express
P.O. Box 94515
Palatine, IL 60094


Fifth Third Bank - Chicago
9400 S. Cicero Ave
Oak Lawn, IL 60453


Fire Protection Company
12828 S. Ridgeway
Alsip, IL 60803


Forces, Inc.
31 W 350 Diehl Road
Naperville, IL 60563


Fort Dearborn Life Insurance Co.
36788 Eagle Way
Chicago, IL 60678-1367


G.E. Supply Co.
P.O. Box 402497
Atlanta, GA 30384-2497


GEM Electric Supply, Inc.
3135 W. 95th St.
Evergreen Park, IL 60805

Gen Power, Inc.
444 Randy Road
Carol Stream, IL 60188

General Dentistry Associates, Inc.
9761 Southwest HIghway
Oak Lawn, IL 60453

GLM Financial Group, Ltd.
20856 N. Rand Rd.
Barrington, IL 60010

GMAC
Payment Processing Center
P.O. Box 51014
Carol Stream, IL 60125

Grand-Kahn Electric, Inc.
16760 S. Richmond Rd.
Hazel Crest, IL 60429

Gravograph-New Hermes
Drawer No. GA00086
P.O. Box 530103
Atlanta, GA 30353-0103

Graybar Electric Co., Inc.
12431 Collections Center Dr.
Chicago, IL 60693

Groen Waste Services
c/o AWI Remittance Processing
P.O. Box 9001154
Louisville, KY 40290-1154

Gus Berthold Electric Co.
1900 W. Carroll Avenue
Chicago, IL 60612

Hard Rock Concrete
984 Lee Street
Des Plaines, IL 60016

Harrison & Held, LLP
333 W. Wacker Dr.
Suite 950
Chicago, IL 60606


Hawkinson Ford Company
6100 W. 95th St.
Oak Lawn, IL 60453


Helson's Garage Door Store, Ltd.
5737 S. Harlem Ave.
Chicago, IL 60638


HLP Systems, Inc.
426 North Avenue
Libertyville, IL 60048


Honeywell Home and Building Control
P.O. Box 92091
Chicago, IL 60675


Hubbell Incorporated
14 Lord's HIll Road
P.O. Box 901
Stonington, CT 06378-0901


Huey Reprographics, LLC
19 S. Wabash
Chicago, IL 60603


I.B.E. W. Local Union 176
1100 N.E. Frontage Road
Joliet, IL 60431


I.B.E.B. Local Union 701 Fringe Ben
1780 Paysphere Circle
Chicago, IL 60674


I.B.E.W. Local Union 117 - Gen. Dep
Dept. 826996 Union National Bank
101 E. Chicago St.
Elgin, IL 60120

I.B.E.W. Local Union No. 134
600 W. Washington Blvd.
Chicago, IL 60661


I.B.E.W. Local Union No. 150
31290 N. Hwy. 45
Libertyville, IL 60048


I.B.E.W. Local Union No. 364
6820 Mill Road
Rockford, IL 61109


I.B.E.W. Local Union No. 461
1661 Landmark Rd.
Aurora, IL 60506


i2 Technologies
15545 Innovation Dr.
San Diego, CA 92128


ICS, Ltd.
400 Fisher St.
Unit H
Munster, IN 46321


Illinois Department of Revenue
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606


Illinois Department of Revenue
ICS Payment & Correspondence
P.O. Box 19043
Springfield, IL 62794


Illinois Dept. of Employment Securi
401 S. State Street
4th Floor
Chicago, IL 60605


Illinois Dept. of Employment Securi
P.O. Box 803414
Chicago, IL 60680

Illinois Dept. of Public Health
P.O. Box 4263
Springfield, IL 62708-4263


Illinois Secretary of State
Dept. of Business Services
501 S. 2nd St.
Springfield, IL 62756-5510


Illinois State Toll Highway Authori
I-PASS Violation Processing Center
P.O. Box 5204
Lisle, IL 60532-5204


Illinois Time Recorder co.
1998 Ohio St., Ste. 200
Lisle, IL 60532


Imperial Crane Services, Inc.
7500 W. Imperial Drive
Bridgeview, IL 60455-2395


Inland Detroit Diesel Allison
P.O. Box 68-9633
Milwaukee, WI 53267-9633


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999


Internal Revenue Service*
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


Interstate Electronics Company
600 Joliet Rd.
Joliet, IL 60521-5629


IPM
12976 S.W. 89th Ave.
Miami, FL 33176

J & A Sheet Metal, Inc.
1800 N. Campbell Ave.
Chicago, IL 60647-4303


James Saunoris & Sons
6000 W. 111th St.
Chicago Ridge, IL 60415


Jeffrey S. Burns
Crowley Barret & Karaba, Ltd.
20 S. Clark St., Suite 2310
Chicago, IL 60603


Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611


Jeri Lock Co.
P.O. Box 7203
Oak Brook Terrace, IL 60181


JJM Auto Repair
5451 W. 110th St.
Unit #2
Oak Lawn, IL 60453


Johnson Janitorial, Inc.
10346 S. 81st Avenue
Palos Hills, IL 60465-1814


Kara Company, Inc.
5255 Dansher Road
Countryside, IL 60525


Kinko's
4710 W. 95th St.
Oak Lawn, IL 60453


Lab Safety Supply, Inc.
P.O. Box 5004
Janesville, WI 53547-5004


Larry's Brake Service
5625 W. 107th St.
Chicago Ridge, IL 60415

Lifting Gear Hire Corp.
7431-33 W. 90th St.
Bridgeview, IL 60455


Lighting Design and Supply Midwest
1730 N. Clark St.
Suite 901
Chicago, IL 60614


Litgen Concrete Cutting & Coring Co
1020 Nerge Rd.
Elk Grove Village, IL 60007-3216


LMCC - 117, 150 and 461
Master Bond Fund
765 Munshaw Lane, #135
Crystal Lake, IL 60014


LMCC Labor Management Comm.
28600 Bella Vista Parkway, #1010
Warrenville, IL 60555


Local 701 Audit Fund
2900 Ogden Ave., #108
Lisle, IL 60532-1676


Local 701 Fringe Benefit Fund
Cash Management
P.O. Box 66973
Chicago, IL 60666


Local 701 LMCC
2900 Ogden Ave., #108
Lisle, IL 60532-1676


Louis Jones Enterprise
333 N. Michigan Ave.
Suite 325
Chicago, IL 60601


LS International, Ltd.
5100 Academy Dr.
Suite 400
Lisle, IL 60532

M & M Glass Service, Inc.
4047 W. 147th St.
Midlothian, IL 60445


Maddock Industries, Inc.
2720 W. Chicago Ave.
Chicago, IL 60622


Malko Electric Company
6200 Lincoln Ave.
Morton Grove, IL 60053


McCann Construction Specialties Co.
McCann Industries, Inc.
38951 Eagle Way
Chicago, IL 60678-1389


McMaster Carr
P.O. Box 7690
Chicago, IL 60680


Mercedes Benz Credit
P.O. Box 685
Roanoke, TX 76262


Metal Services, Inc.
774 Hawthorne Lane
West Chicago, IL 60185


Michael Best & Friedrich, LLP
401 N. Michigan Ave.
Chicago, IL 60611


Microsoft
P.O. Box 847124
Dallas, TX 75284-7124


Mid-America Truck & Equipment Co.
625 South Route 83
Elmhurst, IL 60126-4200


MidAmerica Bank
55th & Holmes
Clarendon Hills, IL 60514

MIDCO
16 W 221 Shore Court
Burr Ridge, IL 60527-5831


Midway Industrial Forklift Services
3828 W. 128th Pl.
Alsip, IL 60803


Midwest Suburban Publishing, Inc.
P.O. Box 757
Tinley Park, IL 60477-0757


Mike Haggerty Pontiac
4600 W. 92nd St.
Oak Lawn, IL 60453


Millenium Concrete, Inc.
364 Oglesby
Calumet City, IL 60409


Mobile Space, Inc.
P.O. Box 430
Midlothian, IL 60445-0430


Morris Excavating, Inc.
29 Forestwood Ct.
Unit 6
Romeoville, IL 60446


Mpower Communications
P.O. Box 60767
Los Angeles, CA 90060


National Eelecrical Benefit Fund
Chicago & Cook County EBB #16
5 Westbrook Corporate Center, #940
Westchester, IL 60154


National Elec. Benefit Fund Bd 55
4864 Cold Road
Rockford, IL 61109


National Elect. Benefit Fund - 117
31 W 007 North Avenue, Ste. 100
West Chicago, IL 60185

National Elect. Benefit Fund - 701
31 W 007 North Avenue, Ste. 100
West Chicago, IL 60185


National Electrial Benefit Fund
Northeastern IL Empl. Bene Bd. #141
31 W 007 North Ave., Ste. 100
West Chicago, IL 60185


National Electric Benefit Fund
461 Northeastern Illinois EBB#141
31 W 007 North Ave., #100
West Chicago, IL 60185


National Electrical Benefit Fund
2400 Research Blvd.
Suite 500
Rockville, MD 20850


National Electrical Benefit Fund
#176
1050 Essington Rd., Suite B
Joliet, IL 60435-2841


NECA Northeastern Chapter
31 W 007 North Ave., Ste. 100
West Chicago, IL 60185


NECA-EBEW Pension Trust Fund
Local 176 - Decatur
2120 Hubbard Avenue
Decatur, IL 62526


NECA-IBEW Local 176
Joint Dist. Account
2470 Paysphere Circle
Chicago, IL 60674


NECA-IBEW Local364
P.O. Box 4062
Rockford, IL 61110-0562


Neetz Bros. Construction, Inc.
13554 W. 163rd St.
Lockport, IL 60441

NES Equipment Services
P.O. Box 8500-1226
Philadelphia, PA 19178-1226

Network Electric
14032 S. Kostner, Unit B
Crestwood, IL 60445

New England Business service
P.O. Box 970043
Boston, MA 02297-0043

Nicor Gas
P.O. Box 310
Aurora, IL 60504

O-E IL, Inc.
P.O. Box 310
Lemont, IL 60439

Palos Community Hospital
12251 S. 80th Avenue
Palos Heights, IL 60463

Palos Sports
11711 S. Austin Avenue
Alsip, IL 60803

Peterson Electric Panel Mfg. Co.
5550 McDermott Drive
Berkeley, IL 60163-1295

Pinner Electric, Incorporated
9525 Southview Avenue
P.O. Box 329
Brookfield, IL 60513

Pitney Bowes
P.O. Box 856056
Louisville, KY 40285

Power Equipment Leasing Co.
605 Anderson Dr.
Romeoville, IL 60446

Powerware/Eaton Corporation
P.O. Box 93591
Chicago, IL 60673-3531


Preon Power
445 Fullerton Avenue
Elmhurst, IL 60126


Prime Scaffold, Inc.
1220 North Ellis Street
Bensenville, IL 60106


Progressive Electrical Industries
4336 N. Keeler
Chicago, IL 60641


Protech, Inc.
2430 Millennium Dr.
Elgin, IL 60123


Public Building Commission
Teng Construction, LLC
205 N. Michigan Ave, #3600
Chicago, IL 60601


r.p.m. Cellular Telephone, Inc.
9731 S. Harlem Ave.
Bridgeview, IL 60455


RCM Data Corporation
231 S. Frontage Rd., Suite 1
Burr Ridge, IL 60527-6139


Recco Tool & Supply
8805 W. Joliet Rd.
P.O. Box 1509
McCook, IL 60525


Regional Truck Equipment
4626 W. 120th Street
Alsip, IL 60803


Reliable Fire Equipment Co.
12845 South Cicero Ave.
Alsip, IL 60803

Renaissance Communication Systems
3509 Matens
Franklin Park, IL 60131


Rhino Linings of Orland Park
13421 Southwest Highway
Orland Park, IL 60462


Rhyne Communications, Inc.
45 U.S. Highway 46
P.O. Box 675
Pine Brook, NJ 07058


Risky Business
11935 South Cicero Avenue
Alsip, IL 60803


Robert Shaski
7259 W. 108th Place
Worth, IL 60482


Roberts Auto Repair
13845 S. Cicero Avenue
Crestwood, IL 60445


Rosebud Farm
525 E. 130th St.
P.O. Drawer 601
Dolton, IL 60419-0601


Roughneck Concrete Drilling
& Sawing Co.
8400 Lehigh Ave.
Morton Grove, IL 60053-2617


Rudd Lighting
9201 Washington Ave.
Racine, WI 53406


Rudy Krastin Heating Co.
8820 S. 51st Ave.
Oak Lawn, IL 60453

Safe Shot, Ltd.
617 Wesley Ave.
Oak Park, IL 60304-1315


Sam's Club
P.O. Box 105980
Dept. 77
Atlanta, GA 30353-5980


SBC
Bill Payment Center
Saginaw, MI 48663-0003


SBC*
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60606


School District Publications
1507 E. 53rd St.
Dept. 601
Chicago, IL 60615


Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza
130 E. Randolph St., Ste. 3800
Chicago, IL 60601


Secretary of State of Illinois
501 S. 2nd St., Rm 591
Springfield, IL 62756


Section 32 Sewer Authority
P.O. Box 47
Wakefield, MI 49968


Security Equipment Supply
825 75th St.
Suite H
Willowbrook, IL 60527


SELLECT, Inc.
4891 Independence St., #275
Wheat Ridge, CO 80033-6794

Seton Identification Products
P.O. Box 95904
Chicago, IL 60694


Shell Fleet Plus
P.O. Box 9016
Des Moines, IA 50368


Silver Cross Hospital
P.O. Box 100
Joliet, IL 60434


Simplex Grinell
Dept. CH 10320
Palatine, IL 60055


Small Systems Solutions, Inc.
2660 Sandpiper Trail
West Chicago, IL 60185


Sound Sonic Professional Entertain
8731 Glenshire St.
Tinley Park, IL 60477


Southern Management Development
4000 Dekalb Technology Pkwy
Suite 100
Atlanta, GA 30340


Specialty Electric Supply Co.
614 E. Mills Rd.
Joliet, IL 60433


Speedway SuperAmerica, LLC
P.O. Box 740587
Cincinnati, OH 45274


Standard Bank & Trust
Hickory Hills, IL 60457


Standard Cartage Company, Inc.
2400 S. 27th Ave.
Broadview, IL 60155

State of Illinois
Dept. of Professional Regulation
320 W. Washington St., 3rd Floor
Springfield, IL 62786


Steiner Electric Company
4210 Grove Avenue
Gurnee, IL 60031


Steiner Electric Company
2665 Paysphere Circle
Chicago, IL 60674


Strategic Business Partners
3255 N. Arlington Heights Rd.
Arlington Heights, IL 60004


Sun Coast Safety Consultants
489 Riverside Dr.
Tarpon Springs, FL 34689


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


Swiderski Electronics, Inc.
800 W. Thorndale Ave.
Itasca, IL 60143-1356


Switchboard Aparatus, Inc.
2820 S. 19th Ave.
Broadview, IL 60155


T.J. Adams Group, LLC
1120 Reliable Parkway
Chicago, IL 60686


Taylor & Taylor Engineering
104 Northview Dr.
Valparaiso, IN 46383


Tel Assist Communication Services
14423 West Addison Dr.
New Lenox, IL 60451

Telular Corporation Cellular
Alarm SVC
Classic Product Dept. 77-52464
Chicago, IL 60678


The Rug Merchant
161 Kronberg Rd.
Wakefield, MI 49968


The Sign Stop
5436 W. 111th St.
Oak Lawn, IL 60453


Tire Services Company
11111 Southwest Highway
Palos Hills, IL 60465


Tools for the Trades
P.O. Box 1559
Weaverville, NC 28787


Town of Cicero
Business License Department
4937 W. 25th St., Room 205
Cicero, IL 60804


ULINE
Attn: Accounts Receivable
2200 S. Lakeside
Waukegan, IL 60085


Underground Devices, Inc.
3304 Commercial Ave.
Northbrook, IL 60062


United Parcel Service
#46 Dept. 202
P.O. Box 505820
The Lakes, NV 88905


United Parcel Service
Lockbox 577
Carol Stream, IL 60132

United Power Corporation
5657 Collection Center Dr.
Chicago, IL 60693


United Rentals, Inc.
Credit Office #213
P.O. Box 53330
Saint Louis, MO 63150


United Stationers
2200 E. Golf Rd.
Des Plaines, IL 60016


Utility Concrete Products Co.
1801 N. VanDyke Rd.
Plainfield, IL 60544


Verizon Wireless
P.O. Box 790406
Saint Louis, MO 63179


Villa Mechanical, Inc.
14001 S. Kostner
Crestwood, IL 60445


Village of Alsip
4500 E. 123rd St.
Alsip, IL 60803-2599


Village of Chicago Ridge
10455 S. Ridgeland Ave.
Chicago Ridge, IL 60415


Village of Evergreen Park
9412 S. Kedzie Ave.
Evergreen Park, IL 60805


Village of Mokena
11004 Carpenter St.
Mokena, IL 60448


Village of Niles
1000 Civic Center Dr.
Niles, IL 60714

Village of North Riverside
2401 S. DesPlaines Avenue
Riverside, IL 60546


Village of Oak Lawn
Office of Quality Control
9446 E. Raymond
Oak Lawn, IL 60453


Village of Orland Park
14700 Ravinia Avenue
Orland Park, IL 60462


Village of Plainfield Police Dept.
1400 N. Division St.
Plainfield, IL 60544


Village of Shorewood
903 W. Jefferson St.
Joliet, IL 60431


Village of Skokie
5127 Oakton Street
Skokie, IL 60077


Vince's Towing, Inc.
3361 W. 91st St.
Evergreen Park, IL 60805


Visual Reality Concepts, Inc.
2622 Popular View Bend
Elgin, IL 60120


W.W. Grainger, Inc.
Dept. 136-801784323
Palatine, IL 60038


Walton Office Supply
503 W. Taft Dr.
South Holland, IL 60473


Waste Management
P.O. Box 9001054
Louisville, KY 40290

Wells Fargo Financial National Bank
P.O. Box 94498
Las Vegas, NV 89193


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680