## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DONG, NORMAN PETER | § | Case No. 05-54741 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 7th Floor, Federal Building
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/10/2010 in Courtroom 4016,

> United States Courthouse
> 505 N. County Farm Road
> Wheaton, IL  60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: ___/s/ David R. Brown /s/_____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| DONG, NORMAN PETER | § | Case No. 05-54741 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,163.66 |
| and approved disbursements of | $ | 1,848.22 |
| leaving a balance on hand of[1] | $ | 23,315.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 3,266.37 | $ 0.00 | $ 3,266.37 |
| Trustee Expenses: DAVID R. BROWN | $ 172.87 | $ 0.00 | $ 172.87 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 5,910.00 | $ 0.00 | $ 5,910.00 |
| Attorney for Trustee Expenses: SPRINGER, BROWN, COVEY, GAERTNER | $ 325.64 | $ 0.00 | $ 325.64 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,674.88 |
| Remaining Balance | $ | 13,640.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,172.28  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4B | ILLINOIS DEPARTMENT OF REVENUE | $          2,172.28 | $          0.00 | $          2,172.28 |

Total to be paid to priority creditors              $              2,172.28

Remaining Balance              $              11,468.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 320,149.93  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Technology Financing | $          3,523.37 | $          0.00 | $          126.21 |
| 2 | DISCOVER BANK/DISCOVER FINANCIAL SE | $          4,950.09 | $          0.00 | $          177.32 |
| 3 | Huey Reprographics, LLC | $          169.48 | $          0.00 | $          6.07 |
| 4A | ILLINOIS DEPARTMENT OF REVENUE | $          190.00 | $          0.00 | $          6.81 |
| 5 | Classic Electric Supply | $          1,953.72 | $          0.00 | $          69.99 |
| 6 | Wells Fargo Financial National BanK | $          363.80 | $          0.00 | $          13.03 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment | |
|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK FSB | $ 148.90 | $ 0.00 | $ 5.33 | |
| 8 | AMERICAN EXPRESS BANK FSB | $ 2,634.01 | $ 0.00 | $ 94.35 | |
| 9 | AMERICAN EXPRESS BANK FSB | $ 48.40 | $ 0.00 | $ 1.74 | * |
| 10 | American Express Centurion Bank | $ 1,017.44 | $ 0.00 | $ 36.45 | |
| 11 | Waste Management-RMC | $ 193.79 | $ 0.00 | $ 6.94 | |
| 12 | Verizon Wireless Midwest&nbsp &nbsp | $ 76.96 | $ 0.00 | $ 2.76 | * |
| 13 | Robert L. Shaski | $ 250,000.00 | $ 0.00 | $ 8,955.40 | |
| 14 | SHASKI, ROBERT | $ 11,000.00 | $ 0.00 | $ 394.04 | |
| 15 | SHASKI, ROBERT | $ 14,558.52 | $ 0.00 | $ 521.51 | |
| 16 | SHASKI, ROBERT | $ 23,879.10 | $ 0.00 | $ 855.38 | |
| 17 | SHASKI, ROBERT | $ 5,442.35 | $ 0.00 | $ 194.95 | |

Total to be paid to timely general unsecured creditors            $            11,468.28

Remaining Balance                                                 $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:    NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:      NONE

**\* Pursuant to Rule 3010 of the Federal Rules of  Bankruptcy Procedure and 11 U.S.C. §347, these distributions which are less than $5.00 shall be deposited with the Clerk of the Bankruptcy Court.**

Prepared By: /s/ David R. Brown /s/

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman          Page 1 of 5          Date Rcvd: Nov 17, 2010
Case: 05-54741                Form ID: pdf006       Total Noticed: 291


The following entities were noticed by first class mail on Nov 19, 2010.
db          +Norman Peter Dong,   9024 Darien Woods Court,   Darien, IL 60561-5286
aty         +Michael L Ralph, Sr,   Ralph, Schwab & Schiever, Chtd,   175 E Hawthorn Pkwy Ste 345,
             Vernon Hills, IL 60061-1460
tr          +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
10241458    +ADI,   12974 Collections Center Drive,   Chicago, IL 60693-0001
10241473    +ARS Contracting, Inc.,   9540 Carls Drive,   Plainfield, IL 60585-9762
10241478     AVAYA, Inc.,   P.O. Box 73061,   Chicago, IL 60673-3061
10241456    +Active Electrical Supply,   4240 W. Lawrence Ave.,   Chicago, IL 60630-2798
10241457     Acuity,   2800 S. Taylor Dr.,   P.O. Box 718,   Sheboygan, WI 53082-0718
10241459    +Advanced Electrical Supply Co., Inc,   135 S. LaSalle St.,   Dept. 1037,   Chicago, IL 60674-0001
10241460    +Advanced Fire & Security Systems,   12540 Holiday Dr.,   Unit C,   Alsip, IL 60803-3252
10241461    +Affiliated Systems, Inc.,   1441 Branding Lane,   Suite 260,   Downers Grove, IL 60515-1188
10241462     Affordable Fire Equipment, Inc.,   4722 S. Laramie Ave.,   Stickney, IL 60638-2022
10241463    +Air Products Equipment Co.,   1555 Louis Avenue,   Elk Grove Village, IL 60007-2313
10241464    +All Power Tool, Inc.,   921 Estes Ct.,   Schaumburg, IL 60193-4427
10241465     Allnet, Inc.,   Slot C-56,   P.O. Box 66973,   Chicago, IL 60666-0973
10241466    +American Classic Rebar Corporation,   15810 Suntone Dr.,   South Holland, IL 60473-1238
10241467    +American Express,   Customer Service,   P.O. Box 297804,   Fort Lauderdale, FL 33329-7804
10241468    +American Express (Corresp),   P.O. Box 297812,   Fort Lauderdale, FL 33329-7812
10241469     American Express - Costco,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
10241470     American Express - Delta Sky Miles,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
10938687     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10939001     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10241471    +American Express Platinum,   P.O. Box 650448,   Dallas, TX 75265-0448
10241472    +Anixter, Inc.,   P.O. Box 847428,   Dallas, TX 75284-7428
10241474    +Asco Services, Inc.,   P.O. Box 73473,   Chicago, IL 60673-7473
10241475    +Assocation of Subcontractors & Affi,   3150 River Road,   Suite 101,   Des Plaines, IL 60018-4218
10241476     Associated Business Equipment,   550 N. Commons Dr.,   #102,   Aurora, IL 60504-8172
10241477    +Associated Design Service,   11160 Southwest Highway,   Palos Hills, IL 60465-2700
10241479    +B.I. Equipment Rental, Inc.,   4021 W. 127th St.,   Alsip, IL 60803-1922
10241480     Baja Contractors, Inc.,   116 Main Street,   P.O. Box 668,   Lemont, IL 60439-0668
10241481    +Bank of America,   P.O. Box 53138,   Phoenix, AZ 85072-3138
10241482     Bank of America (Corresp),   P.O. Box 15480,   Wilmington, DE 19850
10241483    +Bank of America (Corresp.),   P.O. Box 53101,   Phoenix, AZ 85072-3101
10241484    +Benetech, Inc.,   Attn: Accounting,   P.O. Box 348570,   Sacramento, CA 95834-8570
10241485    +Best Messenger Service, Inc.,   671 Executive Dr.,   Willowbrook, IL 60527-5627
10241486    +Brock Tool Company,   1475 Louis Avenue,   Elk Grove Village, IL 60007-2393
10241487     Brook Electrical Distribution Co.,   P.O. Box 809106,   Chicago, IL 60680-9106
10241488    +Brucker Company,   LBX 619731,   P.O. Box 6197,   Chicago, IL 60680-6197
10241489    +Buds Rental, Inc.,   9901 Southwest Highway,   Oak Lawn, IL 60453-3723
10241490    +Buttrey Rental Service,   216 W. Ogden Ave.,   Westmont, IL 60559-1306
10241491    +C&L Electrical Supply Co.,   9637 Southwest Highway,   Oak Lawn, IL 60453-2863
10241492    +C. Johnson Locksmith,   11638 South Pulaski,   Alsip, IL 60803-1612
10241493    +C.W. Olson & Co.,   414 N. Orleans St.,   Suite 303,   Chicago, IL 60654-4466
10241495    +CED/Efengee Electrical Dist., Inc.,   P.O. Box 085540,   Racine, WI 53408-5540
10500238    +CIT Technology Financing,   c/o Weltman, Weinberg And Reis Co,   175 S Third St Suite 900,
             Columbus, OH 43215-5166
10241494    +Cabela's Club Visa,   WFB Visa Center,   P.O. Box 82608,   Lincoln, NE 68501-2608
10241496    +Chicago Differential, Inc.,   11626 S. Mayfield Ave.,   Alsip, IL 60803-6010
10241497    +Chicago Switchboard Co., Inc.,   470 W. Wrightwood Ave.,   Elmhurst, IL 60126-1016
10241498    +Chicago Training Institute,   200 S. Michigan Ave.,   Suite 700,   Chicago, IL 60604-2416
10241499    +Chicagoland Electrical Ind.,   Credit Union,   14 E. 31st St.,   La Grange, IL 60526-1054
10241500    +Christine Dong,   9025 Darien Woods Ct.,   Darien, IL 60561-5298
10241501    +Chuhak & Tecson, P.C.,   30 S. Wacker Dr.,   Suite 2600,   Chicago, IL 60606-7512
10241503    +City of Chicago, Dept. of Buildings,   Bureau of Licensing & Registration,
             121 N. LaSalle St., Room 104,   Chicago, IL 60602-1293
10241504    +City of Chicago/Parking Tickets,   Department of Revenue,   P.O. Box 88292,
             Chicago, IL 60680-1292
10241505    +City of Des Plaines,   1420 Minor Street,   Des Plaines, IL 60016-4498
10241508    +Com/Rad, Inc.,   1781 Oakton Blvd.,   Des Plaines, IL 60018-2189
10241509    +Comcast,   P.O. Box 173885,   Denver, CO 80217-3885
10241510    +Commercial Electronic Systems, Inc.,   2447 Reeves Rd.,   Joliet, IL 60436-9538
10241511    +Communications Products & Services,   1740 W. Warren Ave.,   Englewood, CO 80110-7708
10241512    +Communications Supply Corporation,   135 S. LaSalle St.,   Dept 3050,   Chicago, IL 60674-0001
10241513    +Contractors Power & Light Co.,   901 N. Williams St.,   Thornton, IL 60476-1078
10241514    +Cood County Clerk, David Orr,   Cook County Vital Statistics,   P.O. Box 642570,
             Chicago, IL 60664-2570
10241515     Cook County Department of Revenue,   Use Tax,   P.O. Box 94401,   Chicago, IL 60690-4401
10241516     Cook County Treasurer,   P.O. Box 4468,   Carol Stream, IL 60197-4468
10241517    +Countryside Lawn & Garden,   15611 S. 70th Court,   Orland Park, IL 60462-5107
10241518    +Crane and Norcross,   Two North LaSalle St.,   Suite 2000,   Chicago, IL 60602-4016
10241519    +Creative Resource Services, Inc.,   2600 Warrenville Rd.,   Suite 202,
             Downers Grove, IL 60515-1761
10241520    +Cresent Rock, Inc.,   1368 North Mohawk,   Chicago, IL 60610-2883
10241521     Cummins NPower, LLC,   NW 7686,   P.O. Box 1450,   Minneapolis, MN 55485-7686
10241528    +DST,   Attn: Lord, Abbett Division,   P.O. Box 219198,   Kansas City, MO 64121-9198
10622770     Daimler Chrysler Financial Services Americas LLC,   c/o Kathryn A Klein,   770 Bonhomme 7th Floor,
             St Louis, Missouri 63105
10241522    +Danaher Power Solutions,   P.O. Box 98392,   Chicago, IL 60693-8392
10241523    +Dell Financial Services,   Payment Processing Center,   P.O. Box 5292,
             Carol Stream, IL 60197-5292
10241524    +Delta Therm Corporation,   398 W. Liberty St.,   P.O. Wobx 345,   Wauconda, IL 60084-0345
```

```
District/off: 0752-1        User: froman          Page 2 of 5              Date Rcvd: Nov 17, 2010
Case: 05-54741             Form ID: pdf006        Total Noticed: 291
```

```
10241526    +Diversitech, LLC,   136 Shore Drive,   Suite 100,   Burr Ridge, IL 60527-5890
10241527    +Done-Right Trenching,   N 3217 Iris Rd.,   Lake Geneva, WI 53147-3203
10241529     Duane Heating & Cooling,   10005 S. Ridgeland Ave.,   Oak Lawn, IL 60453
10241530     E.E. Bailey Bldg Materials & Supp,   11520 S. Halsted Ct.,   Chicago, IL 60628
10241541    +EMERgency 24,   4179 W. Irving Park Rd.,   Chicago, IL 60641-2906
10241531    +East Coast Distributors,   164-I Summer St., #213,   Kingston, MA 02364-1271
10241532     Eaton Corporation,   Eaton Center,   Cleveland, OH 44114
10241533    +Electrial Power & Systems 401K Plan,   5959 W. 115th St.,   Alsip, IL 60803-5151
10241534    +Electrial Power & Systems 401K Plan,   c/o Benetech,   P.O. Box 348570,
             Sacramento, CA 95834-8570
10241535    +Electrial Power & Systems, Inc.,   5959 West 115th St.,   Alsip, IL 60803-5151
10241536    +Electrical Contractor's Association,   5 Westbrook Corporate Center,   Suite 940,
             Westchester, IL 60154-5763
10241537    +Electrical Fasteners Co., Inc.,   7613 W. 100th Pl.,   Bridgeview, IL 60455-2431
10241538    +Electrical Industry LMCC,   Local Union 364,   6820 Mill Road,   Rockford, IL 61108-2504
10241539     Electrical Insurance Trustees,   75 Remittance Dr.,   Suite 1615,   Chicago, IL 60675-1615
10241540    +Elizabeth Bates,   1755 S. Naperville Rd.,   Suite 200,   Wheaton, IL 60189-5844
10241542    +Empire Tire and Battery,   P.O. Box 588,   Orland Park, IL 60462-0588
10241544     Evergreen Oak Electric Supply,   P.O. Box 549,   Crestwood, IL 60445-0549
10241545     Evergreen Supply Company,   231267 Momentum Place,   Chicago, IL 60689-5311
10241546    +Everlights Lamp & Ballast Recycling,   9901 S. Torrence Ave.,   Chicago, IL 60617-5369
10241547    +Expert Lock & Safe,   30681 Lincoln Rd.,   Genoa, IL 60135-7814
10241548    +Express Electric Supply,   847 North Troy,   Chicago, IL 60622-4342
10241549     Falconite Equipment, Inc.,   P.O. Box 60858,   Saint Louis, MO 63160-0858
10241550    +Federal Express,   P.O. Box 94515,   Palatine, IL 60094-4515
10241551    +Fifth Third Bank - Chicago,   9400 S. Cicero Ave,   Oak Lawn, IL 60453-2536
10241552    +Fire Protection Company,   12828 S. Ridgeway,   Alsip, IL 60803-1529
10241553    +Forces, Inc.,   31 W 350 Diehl Road,   Naperville, IL 60563-9619
10241554     Fort Dearborn Life Insurance Co.,   36788 Eagle Way,   Chicago, IL 60678-1367
10241555     G.E. Supply Co.,   P.O. Box 402497,   Atlanta, GA 30384-2497
10241556    +GEM Electric Supply, Inc.,   3135 W. 95th St.,   Evergreen Park, IL 60805-2344
10241559    +GLM Financial Group, Ltd.,   20856 N. Rand Rd.,   Barrington, IL 60010-3707
10241560     GMAC,   Payment Processing Center,   P.O. Box 51014,   Carol Stream, IL 60125
10241557    +Gen Power, Inc.,   444 Randy Road,   Carol Stream, IL 60188-2120
10241558    +General Dentistry Associates, Inc.,   9761 Southwest HIghway,   Oak Lawn, IL 60453-3661
10241561    +Grand-Kahn Electric, Inc.,   16760 S. Richmond Rd.,   Hazel Crest, IL 60429-1027
10241562     Gravograph-New Hermes,   Drawer No. GA00086,   P.O. Box 530103,   Atlanta, GA 30353-0103
10241564     Groen Waste Services,   c/o AWI Remittance Processing,   P.O. Box 9001154,
             Louisville, KY 40290-1154
10241565    +Gus Berthold Electric Co.,   1900 W. Carroll Avenue,   Chicago, IL 60612-2402
10241570    +HLP Systems, Inc.,   426 North Avenue,   Libertyville, IL 60048-2023
10241569    +Helson's Garage Door Store, Ltd.,   5737 S. Harlem Ave.,   Chicago, IL 60638-3107
10241571    +Honeywell Home and Building Control,   P.O. Box 92091,   Chicago, IL 60675-2091
10241572    +Hubbell Incorporated,   14 Lord's HIll Road,   P.O. Box 901,   Stonington, CT 06378-2604
10241573    +Huey Reprographics, LLC,   19 S. Wabash,   Chicago, IL 60603-3023
10241574    +I.B.E. W. Local Union 176,   1100 N.E. Frontage Road,   Joliet, IL 60431-2798
10241575    +I.B.E.B. Local Union 701 Fringe Ben,   1780 Paysphere Circle,   Chicago, IL 60674-0001
10241576    +I.B.E.W. Local Union 117 - Gen. Dep,   Dept. 826996 Union National Bank,   101 E. Chicago St.,
             Elgin, IL 60120-5583
10241577    +I.B.E.W. Local Union No. 134,   600 W. Washington Blvd.,   Chicago, IL 60661-2490
10241578    +I.B.E.W. Local Union No. 150,   31290 N. Hwy. 45,   Libertyville, IL 60048-9747
10241579    +I.B.E.W. Local Union No. 364,   6820 Mill Road,   Rockford, IL 61108-2504
10241580    +I.B.E.W. Local Union No. 461,   1661 Landmark Rd.,   Aurora, IL 60506-1146
10241583   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court:  Illinois Department of Revenue,   Bankrupcty Section/Level 7-425,
             100 West Randolph St.,   Chicago, IL 60606)
10241593   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10241596    +IPM,   12976 S.W. 89th Ave.,   Miami, FL 33176-5850
10241584     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10241586    +Illinois Dept. of Employment Securi,   P.O. Box 803414,   Chicago, IL 60680-3414
10241585    +Illinois Dept. of Employment Securi,   401 S. State Street,   4th Floor,   Chicago, IL 60605-1293
10241587     Illinois Dept. of Public Health,   P.O. Box 4263,   Springfield, IL 62708-4263
10241588     Illinois Secretary of State,   Dept. of Business Services,   501 S. 2nd St.,
             Springfield, IL 62756-5510
10241589     Illinois State Toll Highway Authori,   I-PASS Violation Processing Center,   P.O. Box 5204,
             Lisle, IL 60532-5204
10241590    +Illinois Time Recorder co.,   1998 Ohio St., Ste. 200,   Lisle, IL 60532-2147
10241591     Imperial Crane Services, Inc.,   7500 W. Imperial Drive,   Bridgeview, IL 60455-2395
10241592     Inland Detroit Diesel Allison,   P.O. Box 68-9633,   Milwaukee, WI 53267-9633
10241595     Interstate Electronics Company,   600 Joliet Rd.,   Joliet, IL 60521-5629
10241597     J & A Sheet Metal, Inc.,   1800 N. Campbell Ave.,   Chicago, IL 60647-4303
10241602    +JJM Auto Repair,   5451 W. 110th St.,   Unit #2,   Oak Lawn, IL 60453-2389
10241598    +James Saunoris & Sons,   6000 W. 111th St.,   Chicago Ridge, IL 60415-2298
10241599    +Jeffrey S. Burns,   Crowley Barret & Karaba, Ltd.,   20 S. Clark St., Suite 2310,
             Chicago, IL 60603-1806
10241600    +Jenner & Block, LLP,   One IBM Plaza,   Chicago, IL 60611-3586
10241601    +Jeri Lock Co.,   P.O. Box 7203,   Oak Brook Terrace, IL 60181-7203
10241603     Johnson Janitorial, Inc.,   10346 S. 81st Avenue,   Palos Hills, IL 60465-1814
10241604    +Kara Company, Inc.,   5255 Dansher Road,   Countryside, IL 60525-3123
10241605    +Kinko's,   4710 W. 95th St.,   Oak Lawn, IL 60453-2546
```

```
District/off: 0752-1        User: froman          Page 3 of 5              Date Rcvd: Nov 17, 2010
Case: 05-54741             Form ID: pdf006        Total Noticed: 291
```

```
10241611    +LMCC - 117, 150 and 461,   Master Bond Fund,   765 Munshaw Lane, #135,
             Crystal Lake, IL 60014-1705
10241612    +LMCC Labor Management Comm.,   28600 Bella Vista Parkway, #1010,   Warrenville, IL 60555-1605
10241617    +LS International, Ltd.,   5100 Academy Dr.,   Suite 400,   Lisle, IL 60532-4208
10241606     Lab Safety Supply, Inc.,   P.O. Box 5004,   Janesville, WI 53547-5004
10241607    +Larry's Brake Service,   5625 W. 107th St.,   Chicago Ridge, IL 60415-2002
10241608    +Lifting Gear Hire Corp.,   7431-33 W. 90th St.,   Bridgeview, IL 60455-2121
10241609    +Lighting Design and Supply Midwest,   1730 N. Clark St.,   Suite 901,   Chicago, IL 60614-4857
10241610     Litgen Concrete Cutting & Coring Co,   1020 Nerge Rd.,   Elk Grove Village, IL 60007-3216
10241613    +Local 701 Audit Fund,   2900 Ogden Ave., #108,   Lisle, IL 60532-1974
10241614    +Local 701 Fringe Benefit Fund,   Cash Management,   P.O. Box 66973,   Chicago, IL 60666-0973
10241615    +Local 701 LMCC,   2900 Ogden Ave., #108,   Lisle, IL 60532-1974
10241616    +Louis Jones Enterprise,   333 N. Michigan Ave.,   Suite 325,   Chicago, IL 60601-4100
10241618    +M & M Glass Service, Inc.,   4047 W. 147th St.,   Midlothian, IL 60445-3397
10241629    +MIDCO,   16 W 221 Shore Court,   Burr Ridge, IL 60527-5868
10241619    +Maddock Industries, Inc.,   2720 W. Chicago Ave.,   Chicago, IL 60622-4404
10241620    +Malko Electric Company,   6200 Lincoln Ave.,   Morton Grove, IL 60053-2851
10241621     McCann Construction Specialties Co.,   McCann Industries, Inc.,   38951 Eagle Way,
             Chicago, IL 60678-1389
10241622    +McMaster Carr,   P.O. Box 7690,   Chicago, IL 60680-7690
10241623    +Mercedes Benz Credit,   P.O. Box 685,   Roanoke, TX 76262-0685
10241624    +Metal Services, Inc.,   774 Hawthorne Lane,   West Chicago, IL 60185-1968
10241625    +Michael Best & Friedrich, LLP,   401 N. Michigan Ave.,   Chicago, IL 60611-4255
10241626     Microsoft,   P.O. Box 847124,   Dallas, TX 75284-7124
10241627     Mid-America Truck & Equipment Co.,   625 South Route 83,   Elmhurst, IL 60126-4200
10241628     MidAmerica Bank,   55th & Holmes,   Clarendon Hills, IL 60514
10241630    +Midway Industrial Forklift Services,   3828 W. 128th Pl.,   Alsip, IL 60803-1517
10241631     Midwest Suburban Publishing, Inc.,   P.O. Box 757,   Tinley Park, IL 60477-0757
10241632     Mike Haggerty Pontiac,   4600 W. 92nd St.,   Oak Lawn, IL 60453
10241633    +Millenium Concrete, Inc.,   364 Oglesby,   Calumet City, IL 60409-1813
10241634     Mobile Space, Inc.,   P.O. Box 430,   Midlothian, IL 60445-0430
10241635    +Morris Excavating, Inc.,   29 Forestwood Ct.,   Unit 6,   Romeoville, IL 60446-1477
10241636    +Mpower Communications,   P.O. Box 60767,   Los Angeles, CA 90060-0767
10241645    +NECA Northeastern Chapter,   31 W 007 North Ave., Ste. 100,   West Chicago, IL 60185-1090
10241646    +NECA-EBEW Pension Trust Fund,   Local 176 - Decatur,   2120 Hubbard Avenue,
             Decatur, IL 62526-2871
10241647    +NECA-IBEW Local 176,   Joint Dist. Account,   2470 Paysphere Circle,   Chicago, IL 60674-0001
10241648     NECA-IBEW Local364,   P.O. Box 4062,   Rockford, IL 61110-0562
10241650     NES Equipment Services,   P.O. Box 8500-1226,   Philadelphia, PA 19178-1226
10241637    +National Eelecrical Benefit Fund,   Chicago & Cook County EBB #16,
             5 Westbrook Corporate Center, #940,   Westchester, IL 60154-5763
10241638    +National Elec. Benefit Fund Bd 55,   4864 Cold Road,   Rockford, IL 61109-2612
10241639    +National Elect. Benefit Fund - 117,   31 W 007 North Avenue, Ste. 100,
             West Chicago, IL 60185-1090
10241640    +National Elect. Benefit Fund - 701,   31 W 007 North Avenue, Ste. 100,
             West Chicago, IL 60185-1090
10241641    +National Electrial Benefit Fund,   Northeastern IL Empl. Bene Bd. #141,
             31 W 007 North Ave., Ste. 100,   West Chicago, IL 60185-1090
10241642    +National Electric Benefit Fund,   461 Northeastern Illinois EBB#141,   31 W 007 North Ave., #100,
             West Chicago, IL 60185-1090
10241643    +National Electrical Benefit Fund,   2400 Research Blvd.,   Suite 500,   Rockville, MD 20850-3266
10241649    +Neetz Bros. Construction, Inc.,   13554 W. 163rd St.,   Lockport, IL 60491-6917
10241652     New England Business service,   P.O. Box 970043,   Boston, MA 02297-0043
10241654    +O-E IL, Inc.,   P.O. Box 310,   Lemont, IL 60439-0310
10241655    +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
10241656    +Palos Sports,   11711 S. Austin Avenue,   Alsip, IL 60803-6002
10241657     Peterson Electric Panel Mfg. Co.,   5550 McDermott Drive,   Berkeley, IL 60163-1295
10241658    +Pinner Electric, Incorporated,   9525 Southview Avenue,   P.O. Box 329,
             Brookfield, IL 60513-0329
10241660    +Power Equipment Leasing Co.,   605 Anderson Dr.,   Romeoville, IL 60446-1687
10241661     Powerware/Eaton Corporation,   P.O. Box 93591,   Chicago, IL 60673-3531
10241662    +Preon Power,   445 Fullerton Avenue,   Elmhurst, IL 60126-1404
10241663    +Prime Scaffold, Inc.,   1220 North Ellis Street,   Bensenville, IL 60106-1119
10241664    +Progressive Electrical Industries,   4336 N. Keeler,   Chicago, IL 60641-2117
10241665    +Protech, Inc.,   2430 Millennium Dr.,   Elgin, IL 60124-7827
10241666    +Public Building Commission,   Teng Construction, LLC,   205 N. Michigan Ave, #3600,
             Chicago, IL 60601-6027
10241668    +RCM Data Corporation,   231 S. Frontage Rd., Suite 1,   Burr Ridge, IL 60527-6164
10241669    +Recco Tool & Supply,   8805 W. Joliet Rd.,   P.O. Box 1509,   McCook, IL 60525-3270
10241670    +Regional Truck Equipment,   4626 W. 120th Street,   Alsip, IL 60803-2317
10241671    +Reliable Fire Equipment Co.,   12845 South Cicero Ave.,   Alsip, IL 60803-3083
10241672    +Renaissance Communication Systems,   3509 Matens,   Franklin Park, IL 60131-2015
10241674    +Rhino Linings of Orland Park,   13421 Southwest Highway,   Orland Park, IL 60462-1329
10241675    +Rhyne Communications, Inc.,   45 U.S. Highway 46,   P.O. Box 675,   Pine Brook, NJ 07058-0675
10241677    +Risky Business,   11935 South Cicero Avenue,   Alsip, IL 60803-2320
11044951    +Robert L. Shaski,   7259 W. 108th Place,   Worth, IL 60482-1103
11043327    +Robert L. Shaski,   7259 W. 108th Place,   Worth, Illinois 60482-1103
10241679    +Robert Shaski,   7259 W. 108th Place,   Worth, IL 60482-1103
10241681    +Roberts Auto Repair,   13845 S. Cicero Avenue,   Crestwood, IL 60445-1826
10241682     Rosebud Farm,   525 E. 130th St.,   P.O. Drawer 601,   Dolton, IL 60419-0601
10241683     Roughneck Concrete Drilling,   & Sawing Co.,   8400 Lehigh Ave.,   Morton Grove, IL 60053-2617
10241684    +Rudd Lighting,   9201 Washington Ave.,   Racine, WI 53406-3772
10241685    +Rudy Krastin Heating Co.,   8820 S. 51st Ave.,   Oak Lawn, IL 60453-1348
10241691     SBC,   Bill Payment Center,   Saginaw, MI 48663-0003
```

```
District/off: 0752-1        User: froman          Page 4 of 5            Date Rcvd: Nov 17, 2010
Case: 05-54741             Form ID: pdf006        Total Noticed: 291
```

```
10241692   +SBC,   Law Department,   225 W. Randolph, Suite 27A,   Chicago, IL 60606-1838
10241707    SELLECT, Inc.,   4891 Independence St., #275,   Wheat Ridge, CO 80033-6794
10241686    Safe Shot, Ltd.,   617 Wesley Ave.,   Oak Park, IL 60304-1315
10241693   +School District Publications,   1507 E. 53rd St.,   Dept. 601,   Chicago, IL 60615-4573
10241695   +Schuyler, Roche & Zwirner, P.C.,   One Prudential Plaza,   130 E. Randolph St., Ste. 3800,
            Chicago, IL 60601-6317
10241696   +Secretary of State of Illinois,   501 S. 2nd St., Rm 591,   Springfield, IL 62756-0002
10241699   +Section 32 Sewer Authority,   P.O. Box 47,   Wakefield, MI 49968-0047
10241704   +Security Equipment Supply,   825 75th St.,   Suite H,   Willowbrook, IL 60527-8428
10241710    Shell Fleet Plus,   P.O. Box 9016,   Des Moines, IA 50368
10241712   +Silver Cross Hospital,   P.O. Box 100,   Joliet, IL 60434-0100
10241714   +Simplex Grinell,   Dept. CH 10320,   Palatine, IL 60055-0001
10241715   +Small Systems Solutions, Inc.,   2660 Sandpiper Trail,   West Chicago, IL 60185-5919
10241716   +Sound Sonic Professional Entertain,   8731 Glenshire St.,   Tinley Park, IL 60487-7040
10241717   +Southern Management Development,   4000 Dekalb Technology Pkwy,   Suite 100,
            Atlanta, GA 30340-2762
10241718   +Specialty Electric Supply Co.,   614 E. Mills Rd.,   Joliet, IL 60433-2843
10241721   +Speedway SuperAmerica, LLC,   P.O. Box 740587,   Cincinnati, OH 45274-0587
10241724    Standard Bank & Trust,   Hickory Hills, IL 60457
10241728   +Standard Cartage Company, Inc.,   2400 S. 27th Ave.,   Broadview, IL 60155-3853
10241729   +State of Illinois,   Dept. of Professional Regulation,   320 W. Washington St., 3rd Floor,
            Springfield, IL 62786-0002
10241734   +Steiner Electric Company,   2665 Paysphere Circle,   Chicago, IL 60674-0001
10241732   +Steiner Electric Company,   4210 Grove Avenue,   Gurnee, IL 60031-2162
10241737   +Sun Coast Safety Consultants,   489 Riverside Dr.,   Tarpon Springs, FL 34689-2511
10241738    Sunbelt Rentals, Inc.,   P.O. Box 409211,   Atlanta, GA 30384-9211
10241739   +Swiderski Electronics, Inc.,   800 W. Thorndale Ave.,   Itasca, IL 60143-1341
10241740   +Switchboard Aparatus, Inc.,   2820 S. 19th Ave.,   Broadview, IL 60155-4754
10241741   +T.J. Adams Group, LLC,   1120 Reliable Parkway,   Chicago, IL 60686-0001
10241742   +Taylor & Taylor Engineering,   104 Northview Dr.,   Valparaiso, IN 46383-3513
10241743    Tel Assist Communication Services,   14423 West Addison Dr.,   New Lenox, IL 60451
10241744   +Telular Corporation Cellular,   Alarm SVC,   Classic Product Dept. 77-52464,
            Chicago, IL 60678-0001
10241745   +The Rug Merchant,   161 Kronberg Rd.,   Wakefield, MI 49968-9566
10241746   +The Sign Stop,   5436 W. 111th St.,   Oak Lawn, IL 60453-5011
10241747   +Tire Services Company,   11111 Southwest Highway,   Palos Hills, IL 60465-2795
10241748   +Tools for the Trades,   P.O. Box 1559,   Weaverville, NC 28787-1559
10241749   +Town of Cicero,   Business License Department,   4937 W. 25th St., Room 205,
            Cicero, IL 60804-3435
10241750   +ULINE,   Attn: Accounts Receivable,   2200 S. Lakeside,   Waukegan, IL 60085-8311
10241757  ++++UTILITY CONCRETE PRODUCTS CO.,   14001 S VAN DYKE RD,   PLAINFIELD IL  60544-3530
            (address filed with court: Utility Concrete Products Co.,   1801 N. VanDyke Rd.,
            Plainfield, IL 60544)
10241751   +Underground Devices, Inc.,   3304 Commercial Ave.,   Northbrook, IL 60062-1909
10241753   +United Parcel Service,   Lockbox 577,   Carol Stream, IL 60132-0001
10241752   +United Parcel Service,   #46 Dept. 202,   P.O. Box 505820,   The Lakes, NV 88905-5820
10241754   +United Power Corporation,   5657 Collection Center Dr.,   Chicago, IL 60693-0001
10241755   +United Rentals, Inc.,   Credit Office #213,   P.O. Box 53330,   Saint Louis, MO 63150-0001
10241758   +Verizon Wireless Midwest,   AFNI/Verizon Wireless,   404 Brock Drive,
            Bloomington, IL 61701-2654
10241759   +Villa Mechanical, Inc.,   14001 S. Kostner,   Crestwood, IL 60445-2207
10241760    Village of Alsip,   4500 E. 123rd St.,   Alsip, IL 60803-2599
10241761   +Village of Chicago Ridge,   10455 S. Ridgeland Ave.,   Chicago Ridge, IL 60415-1513
10241762   +Village of Evergreen Park,   9412 S. Kedzie Ave.,   Evergreen Park, IL 60805-2324
10241763   +Village of Mokena,   11004 Carpenter St.,   Mokena, IL 60448-1595
10241764   +Village of Niles,   1000 Civic Center Dr.,   Niles, IL 60714-3228
10241765   +Village of North Riverside,   2401 S. DesPlaines Avenue,   Riverside, IL 60546-1596
10241766   +Village of Oak Lawn,   Office of Quality Control,   9446 E. Raymond,   Oak Lawn, IL 60453-2449
10241767   +Village of Orland Park,   14700 Ravinia Avenue,   Orland Park, IL 60462-3134
10241768    Village of Plainfield Police Dept.,   1400 N. Division St.,   Plainfield, IL 60544
10241769   +Village of Shorewood,   903 W. Jefferson St.,   Joliet, IL 60435
10241770   +Village of Skokie,   5127 Oakton Street,   Skokie, IL 60077-3600
10241771   +Vince's Towing, Inc.,   3361 W. 91st St.,   Evergreen Park, IL 60805-1538
10241772   +Visual Reality Concepts, Inc.,   2622 Popular View Bend,   Elgin, IL 60120-7540
10241773   +W.W. Grainger, Inc.,   Dept. 136-801784323,   Palatine, IL 60038-0001
10241774   +Walton Office Supply,   503 W. Taft Dr.,   South Holland, IL 60473-2083
10241775   +Waste Management,   P.O. Box 9001054,   Louisville, KY 40290-1054
10936865   +Wells Fargo Financial National BanK,   Central Processing,   4143 121st st,
            Urbandale, IA 50323-2310
10241581    i2 Technologies,   15545 Innovation Dr.,   San Diego, CA 92128
10241667    r.p.m. Cellular Telephone, Inc.,   9731 S. Harlem Ave.,   Bridgeview, IL 60455
```

```
The following entities were noticed by electronic transmission on Nov 17, 2010.
10241502   +E-mail/Text: citjaxbankruptcy@cit.com                       CIT Technology Fin. Serv., Inc.,
            21146 Network Place,   Chicago, IL 60673-0001
10241507   +E-mail/Text: legalcollections@comed.com                     Com Ed,   Attn:  Credit Dept.,
            2100 Swift Dr.,   Oak Brook, IL 60523-1559
10241525    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2010 03:08:23   Discover Card*,
            P.O. Box 15192,   Wilmington, DE 19850
10913334   +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2010 03:08:23
            Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
10241563   +E-mail/Text: cheryl.chandler@graybar.com                    Graybar Electric Co., Inc.,
            12431 Collections Center Dr.,   Chicago, IL 60693-0001
```

```
District/off: 0752-1          User: froman          Page 5 of 5              Date Rcvd: Nov 17, 2010
Case: 05-54741                Form ID: pdf006        Total Noticed: 291
```

The following entities were noticed by electronic transmission (continued)
```
10241653    +E-mail/Text: bankrup@nicor.com                         Nicor Gas,    P.O. Box 310,
             Aurora, IL 60507-0310
10241659    +E-mail/Text: bankruptcy@pb.com                         Pitney Bowes,    P.O. Box 856056,
             Louisville, KY 40285-6056
10241688     E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2010 03:15:35    Sam's Club,   P.O. Box 105980,
             Dept. 77,   Atlanta, GA 30353-5980
10241708    +E-mail/Text: bankruptcydata@bradycorp.com              Seton Identification Products,
             P.O. Box 95904,   Chicago, IL 60694-5904
10241777    +E-mail/Text: Vanessa.Adams@xerox.com                   Xerox Corporation,
             P.O. Box 802555,   Chicago, IL 60680-2555
                                                                                       TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Miller & Sweeney, LLC
aty          Robert D Sweeney
aty          Springer Brown Covey Gaertner & Davis LLC
aty*        +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
aty*        +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
10938906*    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10241594*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
11044953*   +Robert L. Shaski,   7259 W. 108th Place,   Worth, IL 60482-1103
10241506   ##+Classic Electric Supply,   7700 West Madison St.,   Forest Park, IL 60130-1404
10241543   ##+ESP Associates, Ltd.,   999 Remington Blvd.,   Suite E,   Bolingbrook, IL 60440-4871
10241566   ##+Hard Rock Concrete,   984 Lee Street,   Des Plaines, IL 60016-6513
10241567   ##+Harrison & Held, LLP,   333 W. Wacker Dr.,   Suite 950,   Chicago, IL 60606-1250
10241568   ##+Hawkinson Ford Company,   6100 W. 95th St.,   Oak Lawn, IL 60453-2784
10241582   ##+ICS, Ltd.,   400 Fisher St.,   Unit H,   Munster, IN 46321-2358
10241644   ##+National Electrical Benefit Fund,   #176,   1050 Essington Rd., Suite B,   Joliet, IL 60435-8416
10241651   ##+Network Electric,   14032 S. Kostner, Unit B,   Crestwood, IL 60445-2287
10241736   ##+Strategic Business Partners,   3255 N. Arlington Heights Rd.,   Arlington Heights, IL 60004-1586
10241756   ##+United Stationers,   2200 E. Golf Rd.,   Des Plaines, IL 60016-1246
10945517   ##+Waste Management-RMC,   2421 W Peoria Ave Suite 110,   Phoenix, AZ 85029-4942
10241776   ##+Wells Fargo Financial National Bank,   P.O. Box 94498,   Las Vegas, NV 89193-4498
                                                                         TOTALS: 3, * 5, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2010**          **Signature:** _Joseph Speetjens_